IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:16-CV-172-L** |
| § | |
| KENNETH W. CRUMBLEY, JR., AND SEDONA OIL & GAS CORP., § § § | |
| Defendants. § | |

### ORDER

Before the court are Receiver Becky McGee's ("McGee" or "Receiver") Application for Authority to Employ Accountants (Doc. 21), filed January 29, 2016; and Application for Authority to Employ Munsch Hardt Kopf & Harr, P.C. (Doc. 22), filed January 29, 2016.

On January 21, 2016, the Securities and Exchange Commission ("SEC" or "Plaintiff") filed this action against Defendants Kenneth W. Crumbley, Jr. and Sedona Oil & Gas Corporation ("Defendants") alleging violations of federal securities law. On January 21, 2016, the court granted Plaintiff's *Ex Parte* Order Appointing Receiver, duly appointing McGee as Receiver for the assets, books, records, and other property of Sedona Oil & Gas Corporation, Kenneth W. Crumbley, Jr., and related entities. Receiver requests the authority to employ the accounting firm LSS&M, LLP to perform forensic and general accounting services as needed. Receiver also requests authority to hire the law firm Munsch Hardt Kopf & Harr, P.C. as her receivership counsel to perform necessary legal services during the course of the Receivership.

After careful review, the court **grants** Receiver's Application for Authority to Employ Accountants and Application for Authority to Employ Munsch Hardt Kopf & Harr, P.C.

The court **orders** that Receiver is authorized to employ LSS&M, LLP as her accountants in this action. The court **further orders** that neither the lead accountant, nor any other accountant of LSS&M, LLP, may be paid an hourly fee that exceeds $425 per hour.

The court **orders** that Receiver is authorized to retain and employ Munsch Hardt Kopf & Harr, P.C. as her counsel in this action. The court **further orders** that the shareholder of Munsch Hardt Kopf & Harr, P.C. shall be paid an hourly rate not to exceed $425 per hour.

**It is so ordered** this 29th day of February, 2016.

_____
Sam A. Lindsay
United States District Judge