IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　Plaintiff,<br><br>v.<br><br>KENNETH W. CRUMBLEY, JR. and SEDONA OIL & GAS CORPORATION,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No.: 3-16-CV-0172-L<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the court is the Receiver's First Quarterly Fee Application ("First Fee Application"), filed May 11, 2016, and the court, having considered the First Fee Application and the evidence submitted therewith, finds that the fees and expenses set forth in the First Fee Application are reasonable and necessary, and that the Receiver's recommendations as to disbursements to be made at this time are reasonable and appropriate. Accordingly, the court **grants** the Receiver's First Quarterly Fee Application.

The First Fee Application is approved, and the Receiver is hereby authorized to pay the Receiver **$25,440** for professional fees rendered; to pay Munsch Hardt Kopf & Harr, P.C. $49,947.38 in professional fees and $2,456.80 in expenses for a total of **$52,404.18**; and to pay the accounting firm of LSS&M $45,554 in professional fees and $229.12 in expenses for a total of **$45,783.12**.

**It is so ordered** this 26th day of October, 2016.

_____
Sam A. Lindsay
United States District Judge

**ORDER – Solo Page**