IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 3:16-CV-0172-L |
| KENNETH W. CRUMBLEY, JR. and SEDONA OIL & GAS CORPORATION, | § § § § | |
| Defendants. | § | |

## ORDER

Before the court is the Receiver's Third Quarterly Fee Application ("Third Fee Application"), filed November 14, 2016, and the court, having considered the Third Fee Application and the evidence submitted therewith, finds that the fees and expenses set forth in the Third Fee Application are reasonable and necessary, and that the Receiver's recommendations as to disbursements to be made at this time are reasonable and appropriate. Accordingly, the court grants the Receiver's Third Quarterly Fee Application.

The Third Fee Application is approved, and the Receiver is hereby authorized to pay the Receiver **$36,552** for professional fees rendered; to pay Munsch Hardt Kopf & Harr, P.C. $29,436 in professional fees and $1,544.71 in expenses for a total of **$30,980.71**; and to pay the accounting firm of LSS&M $17,540.80 in professional fees and $169.47 in expenses for a total of **$17,710.27**.

**It is so ordered** this 5th day of April, 2017.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**