

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Dennis Roossien, Plan Agent
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | April 24, 2017 |
| Invoice Number: | 10358213 |
| Matter Number: | 004856.00018 |

*For Professional Services through **February 28, 2017***

**Client:**  Securities and Exchange Commission
**Matter:**  SEDONA

| | | |
|---|---|---|
| Total Fees | $ | 25,990.00 |
| Total Costs | $ | 202.74 |
| **Amount Due** | **$** | **26,192.74** |

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

**For billing inquiries, please contact accounting at accounting@munsch.com or (214) 740 5198**



EXHIBIT

B

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10358213
Matter Description: SEDONA

2 of 6
April 24, 2017

**Fee Detail**

**Task Code:** 01      Asset Analysis & Recovery

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/11/17 | CMM | Review lis pendens filed in Dallas County and Hunt County regarding Kenneth W. Crumbley, Jr. and Sedona Oil & Gas Corporation; prepare releases of lis pendens for James McGee; prepare copies of lis pendens for recording in Dallas County and in Hunt County. | 1.60 | 280.00 |
| | | **Total for 01** | **1.60** | **280.00** |

**Task Code:** 02      Asset Disposition

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/16 | JMM | Review property tax claims (.9); correspondence with Receiver (1.2). | 2.10 | 630.00 |
| 12/02/16 | JMM | Correspondence and telephone conferences with Receiver. | 1.30 | 390.00 |
| 12/05/16 | JMM | Correspondence and telephone conferences with Receiver (.9). | 0.90 | 270.00 |
| 12/06/16 | JMM | Correspondence and telephone conferences with Receiver. | 1.10 | 330.00 |
| 12/07/16 | JMM | Correspondence and telephone conferences with Receiver (2.1); research Orders and Motions on Eden lots (.8). | 2.80 | 840.00 |
| 12/08/16 | JMM | Research orders on Eden lots (1.1); correspondence and telephone conferences with Receiver (1.2); prepare for K-2 Energy call (.4). | 2.70 | 810.00 |
| 12/09/16 | JMM | Conference call with purchasers (.9); correspondence and telephone conferences with Receiver (1.8); research sale and order terms (1). | 3.70 | 1,110.00 |
| 12/14/16 | JMM | Research deed language (.8); correspondence and telephone conferences with Receiver (1.1). | 1.90 | 570.00 |
| 12/19/16 | JMM | Review sale motion and order (1.0); draft Lamesa house sale motion and order (2.1); review earnest money contract (.6); review brokers opinion of value and assessed value to calculate average appraised value (.9); telephone conferences with and correspondence with receiver (1.6). | 6.20 | 1,860.00 |
| 12/20/16 | JMM | Complete and file Motion for Sale (.9); correspondence and telephone conferences with Receiver (1.1); review lien claims (1.1); work on lien releases (1.). | 4.10 | 1,230.00 |
| 12/21/16 | JMM | Draft Release of Liens and Judgments; draft Exhibit A and B for Release of Liens and Judgments; Review Lien claims; and telephone conference and correspond with receiver. | 4.60 | 1,380.00 |
| 12/22/16 | JMM | Work on asset sales. | 2.00 | 600.00 |
| 12/23/16 | JMM | Work on asset sales. | 1.00 | 300.00 |
| 12/27/16 | JMM | Work on asset sales. | 1.50 | 450.00 |
| 12/30/16 | JMM | Work on asset sales. | 2.50 | 750.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10358213
Matter Description: SEDONA

3 of 6
April 24, 2017

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/17 | JMM | Telephone conferences with Receiver regarding sale of assets. | 0.60 | 180.00 |
| 01/10/17 | JMM | Correspondence and telephone conferences with Receiver. | 0.90 | 270.00 |
| 01/18/17 | JMM | Correspondence and telephone conferences with receiver regarding asset sales. | 2.40 | 720.00 |
| 01/19/17 | JMM | Telephones conference with Receiver. | 1.60 | 480.00 |
| 01/20/17 | JMM | Corresponde and telephone conference with reveiver regarding asset sales. | 1.60 | 480.00 |
| 01/23/17 | JMM | Review and send release of lis pendens to R. Roper (.5); telephone conference with Receiver (.9); correspondence with Receiver regarding asset sale offer(.3). | 1.70 | 510.00 |
| 01/24/17 | JMM | Correspondence and telephone conferences with Receiver regarding asset sales. | 1.10 | 330.00 |
| 01/26/17 | JMM | Work on asset sales (.5). | 0.50 | 150.00 |
| 02/06/17 | JMM | Correspondence and telephone conferences with Receiver regarding asset sales. | 1.20 | 360.00 |
| 02/07/17 | JMM | Correspondence and telephone conferences with Receiver regarding asset sale and agreement. | 1.00 | 300.00 |
| 02/08/17 | JMM | Correspondence and telephone conferences with Receiver regarding PSA. | 0.50 | 150.00 |
| 02/08/17 | JMM | Review and revise PSA. | 1.20 | 360.00 |
| 02/10/17 | JMM | Telephone conference with Receiver regarding asset sales. | 0.80 | 240.00 |
| 02/13/17 | JMM | Draft deed language and correspondence and telephone conferences with Receiver regarding asset sales (.4); telephone conference with Receiver regarding asset sales (.7). | 1.10 | 330.00 |
| 02/14/17 | JMM | Telephone conferences with Receiver regarding asset sales. | 1.10 | 330.00 |
| 02/16/17 | JMM | Correspondence with Receiver regarding asset recovery (.2); correspondence with BBVA Compass Bank (.3). | 0.50 | 150.00 |
| 02/22/17 | JMM | Review and revise PSA. | 0.90 | 270.00 |
| 02/23/17 | JMM | Correspondence and telephone conferences with Receiver regarding asset sales. | 1.10 | 330.00 |
| 02/24/17 | JMM | Telephone conference with Receiver regarding asset sales (.9); draft order confirming sale (1.). | 1.90 | 570.00 |
| 02/27/17 | JMM | Telephone conference with Receiver regarding Dawson County asset sale. | 1.30 | 390.00 |
| 02/28/17 | EDC | Telephone conference with Jim McGee regarding closing documentation | 0.20 | 60.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10358213
Matter Description: SEDONA

4 of 6
April 24, 2017

| 02/28/17 | JMM | Telephone conferences with Receiver regarding DD and Holder sale (.9); telephone conferences and correspondence with Dawson County (.8). | 1.70 | 510.00 |
|---|---|---|---|---|
| | | **Total for 02** | **63.30** | **18,990.00** |

**Task Code:** 03      Business Operations

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/05/16 | JMM | Research Sedona payroll accounts. | 0.40 | 120.00 |
| 01/05/17 | JMM | Correspondence and telephone conferences with Receiver regarding TRRC issues (1.2); research BBVA letter of credit (1). | 2.20 | 660.00 |
| 01/10/17 | JMM | Work on release of lis pendens. | 0.60 | 180.00 |
| 01/30/17 | JMM | Telephone conference with Texas Railroad Commission regarding bond. | 0.40 | 120.00 |
| 02/13/17 | JMM | Telephone conference with Receiver regarding bank account issues. | 0.30 | 90.00 |
| 02/14/17 | JDD | Review letter of credit transmittal documents. Conference with Jim McGee concerning letter of credit cancellation. | 0.50 | 150.00 |
| 02/15/17 | JMM | Review correspondence for TX RRC (.3); draft letter to Compass Bank regarding CD (.9). | 1.20 | 360.00 |
| | | **Total for 03** | **5.60** | **1,680.00** |

**Task Code:** 04      Case Administration

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/16 | JMM | Conference with Receiver (1.1); research transfer documents (1.2). | 2.30 | 690.00 |
| 12/27/16 | JMM | Correspondence and telephone conferences with Receiver. | 0.90 | 270.00 |
| 01/09/17 | JMM | Correspondence and telephone conference with Receiver regarding fee application and report. | 0.60 | 180.00 |
| 01/10/17 | JMM | Begin draft of 4th quarterly fee application. | 0.90 | 270.00 |
| 01/11/17 | JMM | Work on fee application. | 0.10 | 30.00 |
| 01/16/17 | JMM | Correspondence with Receiver. | 0.50 | 150.00 |
| 01/17/17 | JMM | Correspondence with M. Gulde (SEC) (.4); correspondence with Receiver (.9). | 1.30 | 390.00 |
| 01/19/17 | JMM | Review correspondence with SEC. | 0.30 | 90.00 |
| 01/26/17 | JMM | Work on fee application. | 1.00 | 300.00 |
| 01/27/17 | JMM | Draft Fourth Fee Application and Exhibits (1.2); correspondence and telephone conferences with Receiver (1.1); complete fee application and serve on SEC. | 5.10 | 1,530.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10358213
Matter Description: SEDONA

5 of 6
April 24, 2017

| 01/30/17 | JMM | Draft 4th quarterly report and exhibit (2.1); correspondence and telephone conferences with Receiver (1.). | 3.10 | 930.00 |
|---|---|---|---|---|
| | | | **Total for 04** | **16.10** | **4,830.00** |

**Task Code:** 05     Claims Administration & Objections

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/17 | JMM | Telephone conference with R. Roper. | 0.40 | 120.00 |
| 01/11/17 | JMM | Work on lien releases. | 0.30 | 90.00 |
| | | **Total for 05** | **0.70** | **210.00** |
| | | **Total** | **87.30** | **$25,990.00** |

### Timekeeper Summary

| Timekeeper Title | Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Equity Shareholder | David Coligado | EDC | 300.00 | 0.20 | 60.00 |
| Equity Shareholder | Jeff Dunn | JDD | 300.00 | 0.50 | 150.00 |
| Shareholder | James McGee | JMM | 300.00 | 85.00 | 25,500.00 |
| Paralegal | Michael Milam | CMM | 175.00 | 1.60 | 280.00 |
| | | | **Total** | **87.30** | **$25,990.00** |

### Cost Summary

| Description | Amount |
|---|---|
| Long Distance | 9.57 |
| Recording Fee | 95.99 |
| Federal Express | 24.92 |
| Westlaw Research | 35.06 |
| Pacer Research | 37.20 |
| **Total** | **$202.74** |

### Task Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 01 | Asset Analysis & Recovery | 1.60 | 280.00 |
| 02 | Asset Disposition | 63.30 | 18,990.00 |
| 03 | Business Operations | 5.60 | 1,680.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10358213
Matter Description: SEDONA

6 of 6
April 24, 2017

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 04 | Case Administration | 16.10 | 4,830.00 |
| 05 | Claims Administration & Objections | 0.70 | 210.00 |
| | **Total** | **87.30** | **$25,990.00** |

LITZLER, SEGNER, SHAW & McKENNEY, L.L.P.
1412 Main Street, 24th Floor
Dallas, Texas 75202
(214) 752-0999 * (214) 752-0990
EIN #: 75-2305990

Sedona Oil & Gas
c/o Becky McGee, Receiver

Account No:    26-00001M
Invoice No:         2673

### Professional Services Rendered 12/01/16 thru 02/28/17

|            |    |                                                                                                                                                                             | Hours |       |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
| 12/01/16   | LQ | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. Research information pertaining to Concho, scanned documents and emailed to Becky. | 0.90  | 90.00 |
| 12/02/16   | LQ | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder.                                                         | 0.60  | 60.00 |
|            | RN | Document & Computer Data Review: checks for signature, process mail                                                                                                         | 0.50  | 72.50 |
| 12/05/16   | LQ | Case Administration: Set up and update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder.                                              | 0.80  | 80.00 |
|            | RN | Document & Computer Data Review: perform spreadsheet sorts and email results to JRS @ meeting                                                                               | 0.20  | 29.00 |
|            | KW | Claims, Creditors & Lift of Stay: Process new claim: scan, review, and add to the claims analysis. Review documentation.                                                    | 0.20  | 39.00 |
| 12/06/16   | RN | Document & Computer Data Review: research 2Q 2015 payroll issues through Bank Details and Roughneck                                                                          | 0.40  | 58.00 |
|            | KW | Claims, Creditors & Lift of Stay: Update addresses on claims analysis                                                                                                       | 0.10  | 19.50 |
| 12/07/16   | LQ | Case Administration: Endorse check, prepared deposit and keyed into system. Filed backup in case bank folder.                                                               | 0.30  | 30.00 |
| 12/08/16   | LQ | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder.                                                         | 0.70  | 70.00 |

Sedona Oil & Gas

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | RN | Document & Computer Data Review: checks for signing, process mail | 0.50 | 72.50 |
| 12/13/16 | LQ | Case Administration: Bank reconciliation for November 2016, ran reconciling report and filed statement in case bank folder. | 0.20 | 20.00 |
| 12/14/16 | LQ | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. | 0.40 | 40.00 |
| 12/15/16 | KW | Case Administration: Correspondence with B. McGee and update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. | 0.70 | 136.50 |
| 12/16/16 | KW | Accounting for Accuracy of A/R: Review Form 2 and prepare the SFAR for the period 9/1/16-11/30/16 | 1.30 | 253.50 |
|  | RN | Document & Computer Data Review: checks for signing, process mail | 0.70 | 101.50 |
| 12/22/16 | LQ | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. | 0.40 | 40.00 |
|  | RN | Document & Computer Data Review: checks for signing, process mail | 0.90 | 130.50 |
| 12/23/16 | LQ | Case Administration: Update claim. Prepared disbursement and keyed into system. Filed backup in case bank folder. | 0.30 | 30.00 |
| 12/27/16 | KW | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. Research information requested by Becky McGee pertaining to records. | 0.80 | 156.00 |
|  | RN | Document & Computer Data Review: checks for signature, pick up checks for deposit, process mail | 0.60 | 87.00 |
| 12/28/16 | KW | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. Research information requested by Becky McGee pertaining to Arismendez invoices. (.7) Endorse checks, prepared deposits and keyed into system. Filed backup in case bank folder. (.8) | 1.50 | 292.50 |
|  | RN | Document & Computer Data Review: checks for signature, pick up checks for deposit, process mail | 0.60 | 87.00 |

Sedona Oil & Gas

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/29/16 | RN | Document & Computer Data Review: deliver replacement ck re: Rogers | 0.50 | 72.50 |
| 12/30/16 | KW | Case Administration: Update claims. Prepared disbursements and keyed into system.  Filed backup in case bank folder. | 0.40 | 78.00 |
| 01/03/17 | LQ | Case Administration: Update claims. Prepared disbursements and keyed into system.  Filed backup in case bank folder. | 0.60 | 60.00 |
| 01/05/17 | LQ | Case Administration: Endorse check, prepared deposit and keyed into system. Filed backup in case bank folder. (.3)  Update claim. Prepared disbursement and keyed into system.  Filed backup in case bank folder. (.3) | 0.60 | 60.00 |
|  | RN | Document & Computer Data Review: checks for signature, checks for deposit, process mail | 0.80 | 116.00 |
| 01/10/17 | LQ | Case Administration: Update claims. Prepared disbursements and keyed into system.  Filed backup in case bank folder. | 0.50 | 50.00 |
|  | RN | Document & Computer Data Review: checks for signature, process mail | 0.60 | 87.00 |
| 01/13/17 | LQ | Case Administration: Update claims. Prepared disbursements and keyed into system.  Filed backup in case bank folder. (.5)  Bank reconciliation for December 2016, ran reconciling report and filed statement in case bank folder. (.2) | 0.70 | 70.00 |
|  | RN | Document & Computer Data Review: checks for signature, process mail | 0.50 | 72.50 |
| 01/19/17 | LQ | Case Administration: Update claim. Prepared disbursement and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| 01/24/17 | RN | Document & Computer Data Review: checks for sign, checks for deposit, process mail | 0.50 | 72.50 |
|  | LQ | Case Administration: Update claim.  Prepared disbursement and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| 01/25/17 | LQ | Case Administration: Received notice for 1-24-2017 outgoing wire.  Update claim and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| 01/26/17 | LQ | Case Administration: Endorse check, prepared deposit and keyed into system. Filed backup in case bank folder. | 0.30 | 30.00 |

Sedona Oil & Gas

|  |  | Hours |  |
|---|---|---|---|
| 01/30/17 LQ | Case Administration: Endorse checks, prepared deposits and keyed into system. Filed backup in case bank folder. (.5)  Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. (.6) | 1.10 | 110.00 |
| RN | Document & Computer Data Review: checks for signature, checks for deposit, process mail | 0.80 | 116.00 |
| 02/02/17 LQ | Case Administration: Set up and update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. | 0.50 | 50.00 |
| RN | Document & Computer Data Review: checks for signature; process mail | 0.50 | 72.50 |
| 02/03/17 LQ | Case Administration: Update claims. Prepared disbursements and keyed into system.  Filed backup in case bank folder. | 0.40 | 40.00 |
| RN | Document & Computer Data Review: checks for signature; process mail | 0.50 | 72.50 |
| 02/09/17 LQ | Case Administration: Set up and Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. | 0.60 | 60.00 |
| 02/10/17 LQ | Case Administration: Update claim. Prepared disbursement and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| RN | Document & Computer Data Review: checks for signature; process mail | 0.50 | 72.50 |
| 02/13/17 LQ | Case Administration: Bank reconciliation for January 2017, ran reconciling report and filed statements in case bank folders. | 0.20 | 20.00 |
| 02/14/17 LQ | Case Administration: Update claim. Prepared disbursement and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| RN | Document & Computer Data Review: checks for signature; process mail | 0.40 | 58.00 |
| KW | Claims, Creditors & Lift of Stay: Review claims analysis and respond to email from Receiver | 0.10 | 19.50 |
| 02/15/17 RN | Document & Computer Data Review: research payments to Gifford, Pliner, and Long | 0.40 | 58.00 |
| 02/16/17 LQ | Case Administration: Endorse check, prepared deposit and keyed into system. Filed backup in case bank folder. | 0.30 | 30.00 |
| 02/21/17 LQ | Case Administration: Endorse check, prepared deposit and keyed into system. Filed backup in case bank folder. (.3)  Set up and update |  |  |

|  |  | Hours |  |
|---|---|---|---|
| | claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. (.6) | 0.90 | 90.00 |
| RN | Document & Computer Data Review: checks for signature; process mail, disc w REC re: Dawson County (.8); add'l research Dawson County (.4) | 1.20 | 174.00 |
| 02/23/17 RN | Document & Computer Data Review: Dawson County research (.3); Roughneck research check listings (.8) | 1.10 | 159.50 |
| 02/24/17 LQ | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. | 0.70 | 70.00 |
| RN | Document & Computer Data Review: download Roughneck data to Excel. Format and perform searches for Dawson County query | 3.60 | 522.00 |
| 02/27/17 LQ | Case Administration: Endorse check, prepared deposit and keyed into system. Filed backup in case bank folder. | 0.30 | 30.00 |
| RN | Document & Computer Data Review: deliver and discuss Dawson County query report, pick up check for deposit | 0.70 | 101.50 |
| 02/28/17 KW | Claims, Creditors & Lift of Stay: Correspondence with Receiver regarding creditor.  Provide creditor with necessary forms. | 0.20 | 39.00 |
| | For Current Services Rendered | 36.10 | 4,878.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Reed Nordyke | 17.00 | $145.00 | $2,465.00 |
| Lizz Quinones | 13.80 | 100.00 | 1,380.00 |
| Karla Wortham | 5.30 | 195.00 | 1,033.50 |

Expenses

| | | |
|---|---|---|
| 12/01/16 | Postage (3) for mailing disbursements. | 1.40 |
| 12/02/16 | Postage (6) for mailing disbursements. | 2.79 |
| 12/05/16 | Postage (6) for mailing disbursements. | 2.79 |
| 12/07/16 | Photocopy (1) of deposit. | 0.20 |
| 12/08/16 | Postage (4) for mailing disbursements. | 1.86 |
| 12/14/16 | Postage (2) for mailing disbursements. | 0.93 |
| 12/15/16 | Postage (1) for mailing disbursements. | 0.47 |
| 12/22/16 | Postage (2) for mailing disbursements. | 0.93 |
| 12/27/16 | Postage (4) for mailing disbursements. | 1.86 |
| 12/28/16 | Postage (2) for mailing disbursements. | 0.93 |
| 12/28/16 | Photocopies (6) of deposits. | 1.20 |

Sedona Oil & Gas

| | | |
|---|---|---:|
| 12/30/16 | Postage (2) for mailing disbursements. | 0.93 |
| 01/03/17 | Delivery Service - made by On Time Couriers. | 19.50 |
| 01/05/17 | Photocopy (1) of deposit. | 0.20 |
| 01/05/17 | Postage (1) for mailing disbursement. | 0.47 |
| 01/10/17 | Postage (3) for mailing disbursements. | 1.40 |
| 01/13/17 | Postage (4) for mailing disbursements. | 1.86 |
| 01/19/17 | Postage (1) for mailing disbursement. | 0.47 |
| 01/24/17 | Postage (1) for mailing disbursement. | 0.47 |
| 01/26/17 | Photocopy (1) of deposit. | 0.20 |
| 01/30/17 | Photocopies (3) of deposits. | 0.60 |
| 01/30/17 | Postage (3) for mailing disbursements. | 1.40 |
| 02/02/17 | Postage (3) for mailing disbursements. | 1.40 |
| 02/03/17 | Postage (1) for mailing disbursement. | 0.47 |
| 02/09/17 | Postage (4) for mailing disbursements. | 1.86 |
| 02/10/17 | Postage (1) for mailing disbursement. | 0.47 |
| 02/14/17 | Postage (1) for mailing disbursement. | 0.47 |
| 02/16/17 | Photocopy (1) of deposit. | 0.20 |
| 02/21/17 | Photocopy (1)of deposit. | 0.20 |
| 02/21/17 | Photocopy (1) of deposit. | 0.20 |
| 02/21/17 | Postage (4) for mailing disbursements. | 1.86 |
| 02/24/17 | Postage (5) for mailing disbursements. | 2.33 |
| 02/27/17 | Photocopy (1) of deposit. | 0.20 |

Total Expenses                              52.52

Total Current Work                       4,931.02

Previous Balance                        60,769.53

Balance Due                            $65,700.55

Due and payable upon receipt

# BECKY McGEE
## ATTORNEY



**BOARD CERTIFIED®**
Texas Board of Legal Specialization

OIL, GAS, AND MINERAL LAW

25 Highland Park Village
Suite 100749
Dallas, Texas 75205
Direct Dial: (214) 236-7755
Fax: (214) 265-0929
Email: receiver@sedonaoil.com

Invoice Date:  April 28, 2017
Matter:  Sedona Oil & Gas Corporation,
  Kenneth Crumbley, Jr.


Total Fees for Services December 1, 2016 – February 28, 2017............... $ 48,000.00

Total Expenses ………………………………………………………………..$0.00

**Total Amount Due This Invoice ……………………………………………$48,000.00**


**Remittance Address:**
Becky McGee, Receiver
25 Highland Park Village
Suite 100749
Dallas, Texas  75205

## 03 BUSINESS OPERATIONS

| Date | Hours | Description |
|------|-------|-------------|

12/01    5.20    Email exchange w/gas purchaser DCP re: accessing statements online and direct deposit requirement. Pulled copy of Concho Services recorded liens and Concho County property tax statements relating to Rauch property and forwarded to prospective purchaser. Reviewed email from Stapp confirming Sedona not operator of record for Whitehead well. Email exchanges w/Louisiana DNR re: required report filings for Quinn well. Lengthy T/C w/bidder clarifying terms in private sale. Follow up emails w/DNR re: filing matters, prepared and submitted semiannual reports required to be filed on well and followed w/email exchange w/DNR. Reviewed and signed forms for liability insurance coverage for commercial lots in Eden. Reviewed and approved lease operating reports. Forwarded royalty owner information for checks. Reviewed and approved statements for each royalty owner and forwarded for payment. T/C to prospective purchaser re: liens on property. T/C w/operator in Concho County inquiring about Rauch property sale status. T/C w/Stapp re: Red Ruby well salvage equipment report and update on loads for Nov production month. Follow up re: electronic filings w/DNR. T/Cs w/LA operations consultant RNowak re: past reports history and production/sales history and completion of online filings after confirming historic information. Reviewed Concho Services invoices supporting liens and compare to internal records of payments. Reviewed offer for Rauch property. Drafted letter accepting offer subject to specific terms and conditions, prepared and attached property description and lien affidavits to letter and forwarded to prospective purchaser.

12/02    3.80    T/C w/DBethel re: terms of offer for residential property in Lamesa, estimate of cost to address roof damage, estimated closing costs. Reviewed DNR confirmation of Quinn well filing, forwarded to CTR. Reviewed and approved invoices and processed for payment and reports. T/C w/prospective purchaser of Sedona operated properties to review conditional acceptance terms. T/C w/prospective purchaser of Rauch property re: form of conveyance instrument, alternative proposal for paying off liens; email to JMcGee re: release of liens. Follow up T/C w/JMcGee re: developments on properties in sale process; discussion re: release of liens, request of prospective purchasers for language for proposed order to address claims by creditors, investors. Preparing terms and conditions for acceptance of offer for Rauch property and for offer for Sedona-operated properties.

12/05    2.40    Received alternative proposal from prospective purchaser re: addressing existing liens. T/C to Concordia Electric to confirm process for account transfer and receipt of refund due. Reviewed status of transfer of Entergy account for Hooks property. Emailed Quinn property purchaser CTR re: process to transfer of account, 2016 Parish taxes, request for confirmation of state approval of change of operator. Emailed H.E.R. landman JPickett requesting status of recording of Hooks conveyance instrument and filing of P-4s by H.E.R. re: Hooks

and Cruse properties. Drafted revision of conveyance instrument for Rauch. Reviewed DNR notice and prepared request for extension of deadline. Emailed CTR and its attorney re: same. Received and reviewed email from additional rep for Cruse Estate Properties who will handle SWD contract, forwarded to H.E.R.

12/06  3.10  Reviewed email from LBennett re: land/title research matters to be discussed in call. Reviewed emails re: CTR and DNR notice and T/C w/Nowak re: same and re: other Louisiana regulatory filing. Reviewed index of recorded documents re: Rauch lease amendment and extension documents. T/Cs w/Bennett re: market information on commercial lots in Eden and re: history provided by owner of neighboring lot for sale and offer by such owner/his broker and response to offer. T/C w/JMcGee re: update of properties sales and Eden lots. T/C w/ real estate broker negotiating terms for listing commercial lots. Prepared OGP/R5D production filings as required by DNR. Emailed Cruse Estate rep, Mr. Michael, information re: new operator of Hooks and Cruse properties and contact information. Reviewed lease operating reports and royalty owner statements and responded via email on same. Emailed DNR referencing filing of current Inactive Well Report and DNR's confirmation of same as required for completion of approval of change of Operator to CTR. Researched recording information for instruments referenced re: Rauch property; emailed request to Bennett to check Concho Co record index for missing recording references; prepared revisions to conveyance instrument draft and forwarded to prospective purchaser.

12/07  6.80  Received and reviewed email from DNR confirming approval of 2016 filings but requiring information missing from 2015. Consulted w/Nowak who researched and obtained available information; submitted filings in duplicate via O/N deliver. Received due diligence status update from prospective purchaser of Sedona-operated properties and scheduled meeting. Exchanged T/Cs w/party expressing interest in Rauch property. T/Cs w/bidders informing of acceptance of other party's offer on operated properties and follow up discussions w/bidders interested in Compass-operated properties. T/C w/Concho County Recording Clerk to confirm recording information not appearing in index for multiple recently recorded documents; revised conveyance instrument to reflect, finalized and emailed conveyance instrument w/Exh for review and execution to prospective purchaser of Rauch property. Emails to JMcGee and Eden broker Hanby re: deed language and legal description. Emailed requested information to prospective purchaser of Sedona-operated properties. Prepared and submitted to DNR request for waiver of fees and expedited approval of change of operator. T/C w/Stapp re: site visit for prospective purchaser due diligence. s refere  d re: R

12/08  3.50  Received and reviewed email from prospective purchaser of Compass-operated properties re: timing of offer and request for contact information for Operator and expressing interest in Sedona-operated properties if become available again. T/C to Bennett re: recording information received from Concho County Clerk's office; review of matters re: commercial lots in Eden and information re: Compass-operated properties. Received and reviewed Rauch royalty owner summary statements for inclusion w/payments.T/C w/Lamesa broker Bethel re: sale of furniture, contents of residence and make ready. Attention to vmessages and T/Cs responding to same. Pulled and forwarded to Rauch prospective

purchaser copy of title opinion, recorded documents of interest owner and other information. T/C w/Stapp re: formations held by leases. T/C w/Compass J.Jones re: company relocation and information on properties. T/C w/BNB Renewables re: solar facility plans, surface use requirements, accommodation agreement proposal.

| 12/09 | 2.40 | T/C w/Operator Crude LLC's White re: final numbers on operating expenses due for interests operated and confirmation of J3 as operator for interests in other wells. T/C to responding to due diligence inquiries from prospective purchaser of Sedona-operated properties and attorney. Received and reviewed email from Operator H.E.R. w/recorded instrument and responded re: change of operator status. T/C w/JMcGee re: matters concerning sales of residential property, commercial lots and Compass-operate oil and gas properties and timing updates. T/C w/Nowak re: status of LA matters and emailed DNR confirming O/N delivery of fine and re: operator change. Email exchange w/crude oil purchaser Holly Frontier's Kent re: crude oil pickups records and forwarded to Stapp. |
|---|---|---|
| 12/11 | 1.30 | Received and reviewed email inquiry from investor as to claim; emailed Claims Manager re: inquiry from investor. Reviewed and responded to email from bidder confirming award to another bidder and expressing interest in Compass-operated properties and residential property in Lamesa. Forwarded multiple documents requested in due diligence inquiries to attorney for prospective purchaser. |
| 12/13 | 1.80 | T/C w/Stapp re: crude oil deliveries report and related records. Reviewed and revised listing agreement for Eden property specifying special terms. Reviewed and responded re: approved invoices for payment and draft lease operating reports. Email exchange w/JMcGee re: investor inquiry re: transfer of interest. Emailed LPC crude oil purchaser's S Goodeau to confirm volumes sold from Double Diamond well. Received and responded to email from Bennett re: party w/possible interest in Eden lots. Provided additional legal and operations information in response to due diligence requests. Received and responded to investor inquiry re: status of Rauch property. |
| 12/14 | 4.10 | Email exchange and T/C w/Stapp re: issues w/timely gauge reports and run tickets from crude load pickups; surface owner request for road work. Emailed joint interest owner re: closing on its Rauch deal. Reviewed and returned doc re: commercial lots in Eden and follow up email. Reviewed offer to purchase residential house in Lamesa, T/C w/broker Bethel as to specific terms, estimated costs, proposed language revisions to address Receivership. Sent Bethel OAR and Motion; T/C w/Bethel re: revisions and completion of necessary exhibits. T/C w/JMcGee re: deed without warranty provisions for contract and alternatively special warranty from Receiver and marked up contract, including special provisions addendum. T/Cs w/Concho Services President. Quick review and confirm receipt via email of offer from prospective purchaser of Compass-operated properties. |
| 12/15 | 4.00 | T/C vmessage to surface owner and royalty owner for Rauch property. Reviewed Concho Services email re: outstanding invoices; reviewed, responded and reconciled w/internal records and processed approved items for payment. Text exchange w/Stapp re: operations matters. T/C w/bidder re: meeting; follow up email re: solar facility. Emailed CTR update as to DNR filing notice and |

requested update as to operator change. T/C and email exchange w/LPC re: latest pickup times for month; same for Holly Frontier; forwarded to Stapp for pumper. Forwarded recorded surface lease memorandum re: solar facility to prospective purchaser and attorney in due diligence process. T/C w/Rauch re: fence panels matter. T/C w/Concho re: lien, net on water tank, #2 well pumping charges. Meeting w/bidder re: properties. T/C w/gas purchaser re: costs. Received and reviewed executed contract for residential property from broker.

12/16  4.40  Emailed broker Bethel re: receipt of contract and emailed JMcGee re: motion to approve sale and forwarding response and contract. Received and responded to Rauch property prospective purchaser's withdrawal of offer; forwarded to Stapp. Text exchange w/prospective purchaser re: due diligence and scheduling. Email exchange w/CTR re: operator change update and utility account changeover for Quinn well; status update to Nowak. T/C w/party inquiring about Rauch property and follow up T/C w/response. T/C w/Stapp re: status of interest owner deal re: Rauch property. Email exchange w/prospective purchaser re: Rauch property deal will not close; forwarded update to Stapp and left vmessage to expect call from prospective purchaser of other properties. Emailed Compass re: its status as to Compass operated assets. Compared internal records of payments to matters listed in recorded operator's lien, forwarded payment of one overlooked invoice to Operator. Negotiated resolution of lien issues w/operator. Emailed Operator's counsel as to acceptable terms for conveyance instrument including assumption of liabilities and release of liens. Prepared conveyance instrument for review by operator's counsel. Reviewed LA DNR email re: confirmation of 2017 reports, forwarded to CTR. Emailed attorney for Operator Concho Services re: terms and timing for conveyance instrument.

12/19  2.50  Researched Wallace and Boyles leases and forwarded to Operator Crude LLC and follow up T/C re: same and comparison of information as to ownership interests of Receivership entities. Email exchange w/prospective purchaser confirming receipt of notice of decision not to move forward w/purchase. Forwarded supporting documents for Motion including property tax information and revisions to broker's opinion of value due to market and roof damage. T/C w/Dawson Co tax office re: current statement and follow up. Forwarded requested deed into Receivership to title co. T/Cs w/Operator Concho Services re: Rauch property documents and re: inquiry as to commercial lots for sale in Eden. T/C w/Eden lots broker R.Hanby re: update. Emailed JMcGee re: developments on properties for sale and scheduling call. Reviewed draft motion and proposed order re: sale of residential property in Lamesa and emailed comments. T/C vmessage to Operator Compass re: status. Email exchange w/JMcGee on Motion language T/C w/Eden lots broker Hanby re: market opportunity and response.

12/20  2.40  T/C w/Hanby re: Eden lot update; reviewed and executed Termination of Listing. Follow up email to Dawson County tax assessor re: residential property in Lamesa. T/Cs w/Stapp and JMcGee. Prepared revised quitclaim w/release of lien language. Prepared Deed Without Warranty for Eden lots; prepared email to Concho attorney re: same and closing process and forwarded copies of leases title opinion and other information requested. Received release of lien

documents prepared by JMcGee for execution and filing by Concho Services and forwarded to attorney for Concho Services.

| | | |
|---|---|---|
| 12/22 | 1.00 | Emailed request to Swanson at Compass for status of accounting adjustments to address expenses not reimbursed in Compass revenue adjustments re: Kapuranis interest and explanation of JIBs and revenues for CTX and Sedona interests especially as to netting that does not track. Received automated reply. Requested and received confirmation from attorney that Concho executed instruments sent to me. Received and responded to inquiry of investor as to status of claims. Received and responded to request for extension to file claim, granted due to special circumstances. Emailed H.E.R. re: action needed as to existing electric power account transfer and current payment; inquired as to status of RRC approval of operator transfer filing. |
| 12/23 | .20 | Prepared and sent email re: Rogers Trust royalty, release of suspense and payment. |
| 12/26 | .70 | T/C w/pumper for Sedona-operated properties. Executed before notary conveyance instruments for Rauch property and Eden lots. Emailed requests to crude oil purchasers to confirm pickups will be made by year end. |
| 12/27 | 2.00 | Emailed fully executed scan of documents to Concho Services. Drafted letter re: documents and send for recording via priory mail. Draft quitclaim conveyance instrument to the two TN operator entities. Confirmed w/TN purchaser deliveries through Dec production month for properties operated by Crude Oil LLC. Reviewed and forwarded statements from gas purchaser to Stapp and Kopf for reports. |
| 12/28 | 1.80 | T/C w/rep for DCP re: contract amendment. Received and reviewed proposed amendment. Researched files for TN properties lease documents, well ID numbers, acreage descriptions, etc. and emailed Operator clarification questions in order to complete drafting of conveyance instruments for Operator Crude LLC. Emailed the two conveyance instruments to Crude LLC w/explanation of information to be added by Crude LLC and questions relating to properties to be confirmed or deleted from the exhibit for the execution copy. T/C w/Concho County Clerk re: the four instruments being recorded, payment. Attention to payment of bills and reconciling with internal records re: past payments. Email exchange w/Stapp re: EPA form completion and filing. |
| 12/29 | 2.50 | Researched public files for supplemental contact information for trustee for trust royalty owner. T/C to number located, left vmessage. T/C w/Operator Crude Oil LLC confirming specifics as to all leases/wells operated and revised document accordingly. Reviewed and approved invoices for payment and reports. T/C w/Bethel re: termination of Lamesa residence sale and next steps. T/C to landman for H.E.R. Pickett re: status of operator change and electric account transfer on Hooks/Cruse. T/Cs w/Crude Oil LLC re: conveyance instruments. Reviewed documents and follow up. Researched and drafted conveyance instrument for Operator J3. |
| 12/30 | 1.10 | Email exchange w/Crude Oil LLC re: delivery of executed conveyance instruments. Email exchange w/prospective purchasers of Compass-operated properties and Sedona operated properties and Lamesa residential property re: recent operations reports, timing of sale and court approval process. Follow up email sent to Compass re: status as to properties and forwarded to another rep |

after auto reply received. Received scanned executed and notarized conveyance instruments from Crude LLC.

**Total    57.00    $    17,100 .00**


**07  TAXES**

| Date | Hours | Description |
|------|-------|-------------|
| 12/04 | .50 | Prepared materials for review meeting w/tax advisor JShaw. |
| 12/05 | 1.00 | Meeting w/Shaw to review for meeting w/IRS. |
| 12/06 | .30 | T/C w/JMcGee re: matters for IRS meeting including CPA Power of Attorney. |
|  |  | T/C confirming scheduling and location details for IRS meeting w/CPA office. |
|  |  | T/C w/Shaw re: tax matters for meeting. |
| 12/09 | 2.70 | Meeting w/IRS and related subsequent T/C w/Shaw. |


**Total      4.50     $ 1,350.00**

**Total  Hours: ……………………………….…….. 61.50**
**Total Fees: ……………………………. $ 18,450.00**

## 03 BUSINESS OPERATIONS

| Date | Hours | Description |
|------|-------|-------------|

Date    Hours          Description

01/02    1.50    Prepared letters to Recording Clerks for the two KY counties to accompany Crude LLC instruments. Reviewed royalty suspense records for Trust, reviewed Trust document provided by Trustee, prepared letter re: same and re: transfer of Rauch property ownership.

01/03    1.40    T/Cs to KY County Clerks re: costs for recording instruments. Responded to email from investor re: sale of Rauch property to Concho Services. Emailed investor Prepared formal notice to purchaser of change of ownership, effective date, attached conveyance instrument re: Rauch property. T/C to JMcGee re: LC; T/C to RRC for clarifications. Emailed BBVA Compass contacts re: renewal of LC for RRC. Research for updated information for operated and nonoperated property for prospective purchasers and prepared draft emails to send all. Mailed check to Trustee for royalty owner and checks to vendors.

01/04    4.00    Responded to email inquiry from investor as to his investment in Rauch property and acknowledging his claim in the claims process. Email exchange w/Texcel's L.Kopf re: invoice and revenue questions for LOE report. T/Cs to follow up w/KY recording clerks. T/C w/prospective bidder re: return of check. Received, reviewed and responded to written offer from bidder. Reviewed and forwarded updated due diligence information to bidders re: Dawson Co properties and Lamesa Solar project. Emailed request to Lamesa residential property broker, DBethel, for additional information. T/C w/BNBRenewables JNicholas re: updated layout of solar array and draft of proposed accommodation agreement. T/Cs w/BBVA Compass reps re: renewal of LC for RRC and T/C w/JMcGee confirming funds supporting not removed from bank; received renewal history from electronic records from RNordyke. Prepared email to BBVA Compass KTucker.

01/05    1.90    T/C w/BBVACompass KTucker. Reviewed CD renewal letter; T/C w/RRC P-5 department re: letter of credit matter and May 2018 coverage and discussed any revisions for email to BBVACompass. Requested information on LC from Shaw and Nordyke based on any information in financial files. Reviewed and reconciled invoices from vendors. Prepared and forwarded emails to bidders w/LOE statements and follow up w/Stapp re: results. Request to Claims Manager re: existence of claim mentioned in investor email inquiry received re: tax matter. T/C w/JMcGee and email to BBVA including CD information re: next steps for LOC.

01/08    2.00    Email exchange w/bidder and BNB contact re: Solar facility proposed accommodation agreement and related matters. Review of information to be submitted w/fee app. Reviewed factual background re: delayed vendor invoices, follow up w/Stapp re: same.

01/09    2.70    Reviewed email from BBVACompass re: LOC, responded and T/C to RRC re: other options. Follow up T/C w/bank CD group. Researched open invoices of vendor WBSupply, reconciled w/internal records and reports, approved payment, as applicable, emailed Stapp re: same. T/C w/JNicholas w/BNB as to likely due diligence questions anticipated and his responses. T/C w/attorney for Operator Storm re: initial Storm proposal to address operations expenses. T/C

w/BBVACompass rep re: maturing CD securing LOC, outstanding matters to be addressed. Emailed receivership documents and CD information. Reviewed additional information from BNB. Emailed Stapp re: inquiry as to solar plan effect, if any, for crude pickups access; T/C w/purchaser LPC and follow up email. T/C from bidder updating timing for submission of offer. Emailed J.Jones w/Operator Compass following up on timing of response re: properties. Email exchange w/Stapp on access w/solar facility. Received and reviewed information from crude purchaser LPC re: pickups and emailed same to Stapp. Emailed Operator H.E.R's Watts and land consultant J.Pickett on RRC change of operator approval.

| 01/10 | 4.60 | Reviewed offers to purchase from bidders re: Sedona operated properties and Compass operated properties and confirmed receipt. T/C w/RRC re: requirement for release of existing BBVACompass Letter of Credit to bank and obtained bank counsel contact to address issues. T/C discussing recommendations w/JMcGee. Email exchange w/landman L.Bennett T/C message from Operator Compass as to status. Received and reviewed reports from crude oil purchasers re: pickups of crude. T/C w/Stapp confirming no existing surface use conflicts, crude pickups report, RRC filings status. Email exchanges w/bidders and solar facility rep re: surface use lease due diligence questions and providing redacted copy of existing surface lease. Emailed BBVACompass reps RRC requirements. Determined next steps to meet requirements of RRC and bank. |
|---|---|---|
| 01/11 | .50 | Emailed bank counsel MHolden information requested re: documentation regarding existing CD and renewal terms and requested response on my proposal. Email exchange w/Stapp and Kent re: Holly Frontier current crude oil run statements. Follow up email request to H.E.R. landman Pickett re: status of operator change approval and transfer of electric account. |
| 01/12 | 3.70 | T/C w/Stapp re: list of wells, status and various required RRC filings. Email exchange w/Compass re: ownership and status of Horne wells. T/C w/bidder re: information updates from Operator Compass. T/C w/Stapp discussing select terms in offers and quantifying variables, status of crude oil sales and information received from purchaser contacts. Reviewed email of Compass re: interests to be sold and responded. Analyzed and compared offers received for properties. Prepared and sent offer terms clarification email to bidders. Reviewed response of bidder to clarification request. |
| 01/13 | 2.20 | Drafted acceptance of offer template including key terms and timetable. Email and T/C to bidders w/specific follow up questions and clarifications and summarized operations update received from Compass. T/C w/SEC's Gulde discussing restrictions as to asset-related records transferred to property purchaser. Emailed bidder offer for Lamesa residential property is not accepted. Emailed bidder that offer for Sedona-operated property is accepted subject to stated terms. Reviewed response as to status from H.E.R. |
| 01/16 | .50 | Emailed bidder that offer for Compass-operated property is accepted subject to stated terms. Notified other bidders that another offer was accepted. |
| 01/17 | 3.80 | T/C vmessage to J.Valverde w/crude oil purchaser Texas Gathering re: H.E.R.'s request for division of interest information for property purchased. Emailed H.E.R. update re: Texas Gathering DOI and prior Sunoco DOI in files. Reviewed bidder's counter to acceptance terms for Sedona-operated properties. |

Reviewed and compared terms of offers for properties to be sold, analyzed valuations. T/C to Stapp re: valuation analysis questions; emailed JMcGee. Reviewed notes and prepared follow up email to Operator Storm's attorney D.Cross re: its proposal for acquiring KY Collins property.

| | | |
|---|---|---|
| 01/18 | 6.00 | Reviewed and exchanged emails and text messages w/Stapp and related T/Cs re: existing operations and next steps, terms of offers including valuation observations and T/C discussion w/JMcGee. T/C and follow up email to bidder re: counter offer not accepted and decision to move to other prospective purchasers for the sale of Sedona-operated properties. Email exchange w/Cross re: response as to status of Ky Collins proposal from Operator. Email exchange w/Operator Compass D.Mobley re: arranging site visits for bidders and re: proposed operation for Snell Adams #1 well and election process. Attention to review and processing of multiple invoices. Received T/C inquiry re: Sedona assets for sale, status of process. |
| 01/19 | 3.30 | T/Cs w/bidder, Stapp, JMcGee, CMorris w/Clearinghouse re: various matters pertaining to sale of properties. Email exchange w/Morris. Forwarded due diligence request to Compass. T/C w/Stapp reviewing operations matters as to Dawson Co properties. T/C w/Texas Gathering's Valverde concerning Hooks property matters. Follow up T/C w/Stapp as to projected valuation based on different approaches. T/C w/prospective purchaser of Compass-operated properties re: timetable for PSA draft, proposed brief extension for completion of title due diligence, signing and proposed terms and timing for purchase of Sedona-operated properties. Emailed requested draft language re: Receivership for prospective purchaser's initial draft PSA. T/C inquiry re: Sedona-operated assets for sale, next steps in process. Emailed SEC information obtained regarding practices of party inquiring about assets for sale. Follow up T/C w/Morris re: matters concerning status of properties and sale via auction. |
| 01/23 | .40 | Received contract from broker Bethel for Lamesa residential property and responded w/questions to be answered to make decision. Responded to email inquiry from investor as to status of the claims process. |
| 01/24 | 4.90 | T/C w/broker for Lamesa residential property re: offer, terms, current market developments. Responded to parties requesting extension in claims process. Drafted language re: purchase price adjustments for draft PSA. Follow up T/Cs from Bethel concerning additional information relevant to residential property sale plus review of contract and submission via DocUSign. T/C w/Stapp re: anticipated operating expenses for Sedona-operated properties, estimated market range at auction and terms, terms and private sale offer, etc. and related T/C w/JMcGee. Follow up T/C w/bidder. T/C w/Stapp re: required RRC filings and P& A information plus response to information required for Hankamer well RRC form H-15 filing. Emailed Operator H.E.R. requesting status as to RRC approval of P-4s for Hooks and Cruse properties. Prepared emails to parties potentially interested in upcoming Clearinghouse auction of properties. T/C to one party interested in auction. T/C to J.Nicholas of BNB Solar with update as to sale process. Forwarded new solar layout to Stapp. Follow up email to KY attorney Cross. Requested cashier's check to submit to RRC as financial assurance in lieu of BBVA Compass LC which RRC will release and bank will then release CD to Receivership. |

| 01/25 | 1.20 | T/C w/Cunningham Insurance's M.McQueen re: extension of residential house insurance coverage through closing. Emailed Stapp re: Compass JIB and related T/C. Reviewed prior information provided to Clearinghouse, sent update. Received initial draft PSA and form of Assignment from prospective purchaser of Compass-operated properties and confirmed receipt. |
| 01/26 | .30 | Email exchange w/H.E.R. re: delay in receiving approval by RRC. T/C detailed vmessage to attorney C.Martin re: "walkthrough" of RRC P-5 filing next week w/cashier's check to replace LC. |
| 01/30 | 3.00 | Emailed C.Martin re: RRC filing. Reviewed information from Stapp re: RRC filings clarifications and re: status of crude oil deliveries for Jan production month for Sedona operated properties. Attention to invoice review and payment, follow up T/C w/Stapp concerning operations invoices; brief meeting w/office manager for building. Reviewed and responded to email from Nowak re: Quinn well. Reviewed and categorized deposit and expense payment information from SFAR for purposes of property sale due diligence questions. Reviewed quarterly report doc; T/C w/JMcGee re: proposed revisions. Reviewed and responded to CMartin filing matters. T/Cs w/CMartin confirming filings as completed. Emailed JMcGee re: status of quarterly report upload and re: LOC matter. Reviewed and forwarded for reports crude purchaser's check and check detail. |
| 01/31 | 2.80 | Email exchange w/investor re: status and timing of claims process. Emailed BBVA Compass attorney the RRC issued letter today releasing LOC and CD will not be renewed/funds will be withdrawn without penalty. Email exchange w/Stapp re: issues and recommended resolution of certain invoices and re: status of statement from gas purchaser DCP. Email exchange w/Concho Services re: forwarding fully executed original. Reviewed and revised prospective purchaser's first draft proposed PSA. Received detailed update from attorney for KY Operator Storm as to status of proposal. Received inquiry from CA party re: status of sale of Sedona-operate w d properties. Attention to review of vendor invoices and payments. Email DCP statement for lease operating reports. Email exchange /Martin re: RRC W-3X and W-3C forms and email to Stapp re: same. |
| **Total** **50.70** | **$  15,210.00** | |

Total Hours: ..............................................50.70
Total Fees: ...................................... $ 15,210.00

## 03  BUSINESS OPERATIONS

| Date | Hours | Description |
|------|-------|-------------|

02/01   5.40   T/C w/Stapp re: vendor inquiry and T/C to H&H Sandblasting re: invoice to be sent for services. T/Cs w/private sale bidders. Analyzed Operator Compass statements of revenues and expenses for calculation of pre and post Effective Date amounts for price adjustments; compiled most recent statement information and emailed to prospective purchaser. Related email to D.Mobley w/Compass. T/C w/D.Stapp re: crude oil sales, addressing reasons for turndowns by purchasers. Prepared revisions for PSA re: receivership language and seller entity language. T/C w/vmessage to JNicholas re: status.

02/02   1.60   Emailed follow up to attorney for Storm Resources, David Cross, re: status of proposal.
Received and reviewed misdirected H&H invoice. Emailed Stapp crude purchaser customer service contact information. Emailed Operator HER re: P-4s approval status at RRC. Analyzed vendor balance report v. internal records, emailed to Stapp/Kopf for additional information prior to responding to vendor. T/C w/Stapp re: operations matters and water hauling demands. Emailed request for invoices from Arismendez. Reviewed response from Cross. Reviewed and responded to Stapp re: follow up information for invoice.

02/06   4.50   Compiled additional information required for auction; requested copy of contract and listing of any other information needed. T/C w/BBVA Compass rep to confirm status of delivery of LC; T/C w/RRC Sonia Ward re: any confirmation of date of receipt; emailed BBVA Compass counsel and reps w/OAR department requesting notification when LC received from RRC.  Reviewed previously compiled contacts re: TN Oil operations matter for follow up. VM message to Acadian Energy, apparent joint interest owner in Jimmy Young well(s); T/C w/ Tennessee state regulatory official M.Burton to obtain any additional contact(s) for operator TN Oil. T/C w/former TN Oil Geologist, Jim Washburn, left VM message.  T/C Kiernan re: status inquiry. T/C w/BNB Renewable's J. Nicholas re: Lamesa Solar project in Dawson Co, accommodation, recorded surface lease, map of array, etc. Reviewed and revised provisions of auction agreement and revised PSA, submitted additional information to Clearinghouse re: solar facility accommodation terms. T/C w/Washburn re: Jimmy Young wells operations information and additional information re: Operator.  T/C w/J.Shaw re: PSA provisions pertaining to post closing matters.  Reviewed email from C.Morris re: auction matters and emailed response. T/C w/J.McGee re: private sale. T/C w/bidder re: revised offer. Reviewed workover proposal and election process from Compass; forwarded to Stapp and to prospective purchaser.

02/07   1.10   Continuing drafting revisions to form of PSA and identifying issues to be negotiated. T/C w/Morris re: details of new option for Clearinghouse private sale feature for asset sales. T/C w/JMcGee re: same.  T/C w/prospective purchaser scheduling call. T/C w/JNicholas re: sharing accommodation agreement in due diligence context.

02/08   1.40   T/C w/vendor re: follow up invoice being sent. T/C w/prospective purchaser of operated properties. T/C w/Stapp re: status report for DD2 workover. T/C w/L.Kopf re: status of lease operating reports for recent production month,

additional information needed, etc. T/C voicemail message to attorney C.Martin re: delayed RRC action on forms filed. Emailed Bethel re: update on Lamesa residential property title commitment and utility bill.

| | | |
|---|---|---|
| 02/10 | 1.60 | Continuing drafting and redlining provisions needed for PSA w/comments as to matters to be addressed before drafting provisions. Emailed prospective purchaser of non-operated properties and emailed Compass, operator of the properties regarding outstanding issues. T/C w/Stapp re: Compass AFE for proposal with election. Received email update from JNicholas as to communications w/prospective purchaser as to questions. |
| 02/13 | 2.60 | T/C w/Stapp re: Red Ruby well plugging related information/filings; emailed to prospective purchaser. Email exchange w/BBVA Compass attorney M.Holden re: RRC Financial Assurance Letter of Credit; T/C detailed vmail message to RRC re: LC. T/C to attorney C.Martin re: RRC LC matter and unrelated Hooks/Cruse P-4 approvals delay. T/C w/RRC's S. Ward re: LC and T/C to RRC staff member handling P-4s for Hooks/Cruse; T/C w/RRC Sheila Weigand re: lifting P-4s approval hold and future processing. T/C w/JMcGee re: LC status and update on title issues and PSA issues on property sales deals. Received and emailed RRC release of LC and BBVACompass attorney contact information to Receivership counsel. Forwarded prospective purchaser proposed language to be included in motion for approval. |
| 02/14 | 2.70 | Reviewed and noted revisions and comments as to PSA and form of Assignment proposed by prospective purchaser of operated properties. Preliminary research of files as to title issues and parties named in conveyances identified by prospective purchaser of Compass-operated properties in title due diligence. Reviewed instruments obtained from record title search and T/C w/landman L.Bennett to discuss. Emailed R.Nordyke request for research in electronic financial transaction records tracking payments to such parties. T/C w/Stapp re: proposed valuation for such interests. Added Quarterly Fee Application to Receiver's website. T/C w/JMcGee re: update as to LC; update as to information on title issues w/revised interests; update as to status of draft PSA for operated properties. |
| 02/16 | .90 | Received and reviewed email from BBVA Compass attorney advising bank rep in Dallas to confirm logistics with me for paying deposit amount; forwarded to JMcGee. T/C re: inquiry from royalty claimant re: escheat/title issue and request for any information from Sedona files; related T/C vmessage to State Comptroller rep as to same. Follow up T/C to vendor re: outstanding payment. Email exchange w/prospective purchaser re: status of draft PSA as to Sedona-operated properties and w/prospective purchaser of Compass-operated properties as to title matters, information to update numbers and status of response as to PSA proposed revisions and comments. |
| 02/21 | 3.00 | T/C and subsequent meeting w/BBVA Compass rep to withdraw funds backing LC and T/C re: delivery of same to Nordyke for deposit and meeting w/Nordyke re: research of payment transactions. Prepared redlined revisions to PSA and forwarded to JMcGee for review of certain reps and warranties for Receivership. T/C w/Stapp re: status of production pickups for Feb production month. Email exchange w/Cross re: status update. Emailed Bethel update as to payment of property taxes on residential property under contract. |

| | | |
|---|---|---|
| 02/22 | 3.50 | T/C to J.Nicholas re: status update as to property sale. Drafted revisions to PSA draft; T/C w/JMcGee to discuss any language revisions to add for new provisions addressing specific deal terms, reps and warranties and other revisions to proposed PSA. T/C w/Operator Compass for check detail and JIBS netting for Compass operated properties. T/C w/J.Shaw re: pre and post effective date accounting for property sale deals, specific issues as to netting by Operator. T/C w/Bennett re: record title search pertaining to current ownership for properties in sale. T/C requesting copy of omitted invoice support from vendor. Received title commitment for residential property under contract. |
| 02/23 | 4.70 | T/C w/JMcGee re: follow up on property tax matters for sales. Review of research re: payments to interest owners in Compass-operated property in sale and exchange of related emails w/Nordyke. Exchange of emails w/Shaw and follow up T/C re: purchase price adjustment provisions to address pre and post effective date accounting issues. Emailed Stapp re: Hardin County properties change of operator approval by RRC and attached copy of doc. Reviewed prospective purchaser's redlined revisions of PSA. Emailed Shaw detailed request for accounting assistance in evaluating and proposing alternative for purchase price adjustment under PSA. Received and reviewed Bennet email w/recorded instruments and updated identification of current owners and responded. Forwarded new findings to Nordyke for additional research as to any payment records. Researched hard copy files in Sedona office for any information on these interest owners. T/C w/JMcGee re: updated information as to certain investors w/record title interest in well. T/C w/prospective purchaser re: PSA, additional record title instruments and title updates. |
| 02/24 | 2.80 | Reviewed and responded to additional PSA comments. Email exchange w/Nordyke and w/Shaw re: matters being researched and reviewed. T/C w/JMcGee re: PSAs and draft Confirmation Order. Review of draft Confirmation Order language. Exchange of texts w/Stapp re: crude oil pickups. Drafted language for finalizing PSA. Meeting at USPS to address forwarded mail/cancellation of address issue, referred to consumer services via phone. Received and reviewed email from EPA summarizing matters to be addressed re: information collection request and forwarded to Stapp. Preliminary meeting w/Property Manager re: damage to office wall and mail issue. |
| 02/25 | 2.20 | Reviewed check detail from Operator Compass and crude purchaser Holly Frontier. Forwarded check detail to prospective property purchasers for review and to L.Kopf for operating reports. T/C w/Stapp re: status of crude pick ups, status of PSA issues. Forwarded draft Confirmation Order to attorney for prospective purchaser and addressed remaining PSA issues in email. Analyzed property tax statements and division of interest statements to confirm interests included in statement of taxes due. |
| 02/26 | 3.90 | Reviewed legal descriptions for properties in PSA exhibit compared to our records and revised. Revised language to purchaser's proposed final PSA, drafted revised language in redline and provided explanatory comments. Prepared revisions to language and legal descriptions of Compass operated property. |
| 02/27 | 3.20 | Prepared additional PSA language changes and noted remaining items to be finalized for Compass-operated properties. Emailed prospective purchaser of Sedona-operated properties as to remaining edits and clarifications in PSA, |

follow up re: proposal for Red Ruby well and transitional issues before change of operator approved and forwarded redline w/edits. Exchange of emails w/purchaser's counsel describing language and treatment in PSA as to property tax liens and payments/price adjustments.

| | | |
|---|---|---|
| 02/28 | 2.70 | T/C w/Dawson County property tax office to confirm 2016 tax year amounts. Drafted language for PSA to provide for payment of 2016 taxes as well as payment of tax lien amounts and T/C w/JMcGee re: same. Finalizing provisions of PSA and forwarding to purchaser's attorney along with wiring instructions. Review and approve invoices for payment and reports. Email exchange w/Stapp re: completing required filing for EPA matter. |

**Total    47.80    $  14,340.00**

Total Hours: ………………………………….47.80
Total Fees: ……………………………… $ 14,340.00