IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-0172-L |
| KENNETH W. CRUMBLEY, JR. and SEDONA OIL & GAS CORPORATION, | § § § § | |
| Defendants. | § § | |

## AMENDED ORDER

Before the court is the Receiver's Fifth Quarterly Fee Application ("Fifth Fee Application") (Doc. 58), filed May 15, 2017. In its order issued earlier today, the court inadvertently miscalculated the amounts in the Fifth Fee Application; therefore, the court **vacates** the order issued earlier today and **issues** this amended order. The court, having considered the Fifth Fee Application and the evidence submitted therewith, finds that the fees and expenses set forth in the Fifth Fee Application are reasonable and necessary, and that the Receiver's recommendations as to disbursements to be made at this time are reasonable and appropriate. Accordingly, the court **grants** the Receiver's Fifth Quarterly Fee Application.

The Fifth Fee Application is approved, and the Receiver is hereby authorized to pay the Receiver **$38,400** for professional fees rendered; to pay Munsch Hardt Kopf & Harr, P.C. **$20,792** in professional fees and **$162.15** in expenses for a total of **$20,954.15**; and to pay the accounting firm of LSS&M **$3,902.80** in professional fees and **$42.02** in expenses for a total of **$3,944.82**.

**It is so ordered** this 6th day of December, 2017.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Amended Order – Solo Page**