IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:16-CV-0172-L |
| | § | |
| KENNETH W. CRUMBLEY, JR. and SEDONA OIL & GAS CORPORATION, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is the Receiver's Seventh Quarterly Fee Application ("Seventh Fee Application") (Doc. 62), filed November 15, 2017, and the court, having considered the Seventh Fee Application and the evidence submitted therewith, finds that the fees and expenses set forth in the Seventh Fee Application are reasonable and necessary, and that the Receiver's recommendations as to disbursements to be made at this time are reasonable and appropriate. Accordingly, the court **grants** the Receiver's Seventh Quarterly Fee Application.

The Seventh Fee Application is approved, and the Receiver is hereby authorized to pay the Receiver **$27,576** for professional fees rendered; to pay Munsch Hardt Kopf & Harr, P.C. **$7,224** in professional fees and **$5.14** in expenses for a total of **$7,229.14**; and to pay the accounting firm of LSS&M **$3,020.40** in professional fees and **$5.34** in expenses for a total of **$3,025.40**.

**It is so ordered** this 7th day of December, 2017.

Sam A. Lindsay
United States District Judge

Order – Solo Page