# BECKY MCGEE
## ATTORNEY



OIL, GAS, AND MINERAL LAW

25 Highland Park Village
Suite 100749
Dallas, Texas 75205
Direct Dial:   (214) 236-7755
Fax:           (214) 265-0929
Email: receiver@sedonaoil.com

Invoice Date:   October 15, 2018
Matter:         Sedona Oil & Gas Corporation,
                Kenneth W. Crumbley, Jr.

Total Fees for Services   April 1 – August 31, 2018............................. $ 36,180.00

Total Expenses ...............................................................................$0.00

**Total Amount Due This Invoice ................................................. $ 36,180.00**

**Remittance Address:**
Becky McGee, Receiver
25 Highland Park Village
Suite 100749
Dallas, Texas   75205

*Becky McGee, Receiver*

EXHIBIT

A

**02  ASSET DISPOSITION**

| Date | Hours | Description |
|------|-------|-------------|
| 04/02 | .50 | Emailed Fordyce's Ledesma re: status of execution of Assignment instrument for Devon #2 property.  Emailed purchaser Barrett Oil transaction effective date information and related emails to Young property nonoperating interest owners. |
| 04/04 | .90 | Drafted letters to nonoperating interest owners w/check and mailed to each on expedited basis. |
| 04/12 | .10 | Reviewed email from Fordyce re: status of conveyance instrument. |
| **Total** | **1.50** | **$ 450.00** |

**03  BUSINESS OPERATIONS**

| Date | Hours | Description |
|------|-------|-------------|
| 04/14 | .20 | Reviewed Notice from RRC and emailed Stapp for confirmation no issue to address. |
| 04/26 | .20 | Reviewed RRC forms resubmitted by Stapp and reviewed and approved invoice for payment. |
| **Total** | **.40** | **$ 120.00** |

**04  CASE ADMINISTRATION**

| Date | Hours | Description |
|------|-------|-------------|
| 04/09 | .20 | Brief T/C from collector re: AMEX matter w/Crumbley. |
| 04/18 | .20 | Reviewed email from McGee re: hearing date; forwarded for upload to website. |
| 04/19 | .10 | Forwarded billing summary and invoice to JMcGee for Fee Application. |
| 04/20 | .80 | Reviewed, executed and forwarded SFAR for filing. Reviewed and prepared response to draft fee application to JMcGee. |
| **Total** | **1.30** | **$ 390.00** |

**05  CLAIMS ADMINISTRATION**

| Date | Hours | Description |
|------|-------|-------------|
| 04/02 | 1.50 | Reviewed and responded to Wortham re: update to claims register/exhibit as to classification No. 4 and revised format and subsequent email to Wortham re: |

|  |  | issues; emailed JMcGee updated exhibit. T/C w/JMcGee re: draft Motion and matters pertaining to Exhibit.<br>Emailed JMcGee copy of RRC email w/its position re: no negotiation as to inactive wells. Email exchange w/Quinones as to status of outstanding check to Operator TN Oil and email to TN Oil's Stiley re: this outstanding check. |
| 04/04 | 4.00 | Reviewed and revised latest draft, drafted explanatory section re: claims exhibit contents and comments. T/C w/JMcGee re: draft. Researched records as to issues identified in draft of exhibit and reviewed all details/revisions w/Wortham. |
| 04/05 | 1.40 | Determined number of claims in each claims analysis category on exhibit and emailed observations as to comparison/compilation to JMcGee for use in draft. Email exchanges w/JMcGee and Wortham re: Receivership bank balance and expenses. |
| 04/06 | 2.50 | Reviewed and responded to questions re: latest draft of Motion.  Reviewed title documents for property and related T/Cs. Email exchanges w/Wortham and JMcGee re: claims analysis. |
| 04/07 | 2.10 | Reviewed and commented on latest SFAR to Wortham. Review of and email exchanges w/JMcGee re: proposed revisions and comments in draft Motion. |
| 04/09 | 4.60 | Lengthy T/C w/investor re: process and status as to claims. Emails to investor re: Motion notice. Follow up re: prior communication from MO AG's office re: MO investor matter and email to JMcGee.  Made urgent email request to Quinones and Wortham re: compilation of revenues received from Operator Compass during Receivership.<br>Emailed file stamped filing to Protegga for upload to website. T/C to Sunoco follow up re: potential owner's past missing checks. |
| 04/15 | .20 | Email exchanges w/Wortham and JMcGee re: investor claim-related inquiry. |
| 04/16 | .10 | Responded to investor inquiry. |
| 04/17 | .20 | Follow up from investor.  Email exchanges re: address update for investors for Notice of filing of motion. |
| 04/19 | .10 | Email exchange w/Wortham re: distribution plan. |
| 04/23 | .50 | Email exchange w/Protegga re: upload regarding hearing date. Email exchanges w/investors re: notice of distribution.  Emailed MO AG contact update re: distribution motion recommendation. |
| 04/24 | 1.10 | Email exchanges re: investor inquiries pertaining to distribution plan. Review of and email exchange w/JMcGee re: comments on draft quarterly status report. |
| 04/25 | 2.50 | Email responses to and T/Cs w/multiple investors re: inquiries. Researched Sedona office files to verify supplemental data relating to claims filed; summarized findings and emailed same to Wortham. |
| 04/26 | .60 | Reviewed investor information in files and forwarded docs in response to request in connection w/late filing. Emails to investors and Wortham responding to investors claims matters. Received email response from investor re: docs for late claims filing. |
| 04/30 | .10 | Reviewed update from Wortham re: investors returned mail of notice of Motion. |

**Total   21 .50   $ 6,450.00**

**Total April Hours: ................................. 24.70**
**Total Fees: .........................................$ 7,410.00**

## 02  ASSET DISPOSITION

| Date | Hours | Description |
|------|-------|-------------|
| 05/21 | .30 | T/C w/Hidalgo County Clerk Recording Department confirming fees, form of payment and address for recording; Prepared cover letter and check for recording instrument, executed before Notary and arranged for priority mail service/tracking. |
| 05/30 | .20 | Scanned and emailed to party acquiring interest in Hidalgo County Devon well the recorded copy of Assignment instrument and emailed Quinones recording fee receipt. |

**Total**   **.50**   **$ 150.00**

## 03  BUSINESS OPERATIONS

| Date | Hours | Description |
|------|-------|-------------|
| 05/07 | .10 | Reviewed RRC letter re: Red Ruby well status from Stapp. |
| 05/08 | .20 | T/Cs w/DStapp re: RRC letter |
| 05/09 | 1.30 | Follow up T/C w/Stapp. |

**Total**   **1.60**   **$ 480.00**

## 05  CLAIMS ADMINISTRATION

| Date | Hours | Description |
|------|-------|-------------|
| 05/01 | .20 | Emailed Protegga quarterly filing for upload. Email exchange w/Wortham re: update as to returned Notice letters. |
| 05/07 | .10 | Reviewed email from Wortham updating as to returned investor mailings. |
| 05/08 | .30 | T/C w/JMcGee re: investor calls re: distribution motion and hearing. |
| 05/09 | .50 | T/C w/investor re: inquiry as to motion and upcoming hearing. |
| 05/10 | .20 | T/C w/JMcGee; Email request to Wortham requesting completion of supplemental claims analysis for amended claims register/exhibit. |
| 05/15 | .10 | T/C w/JMcGee and T/C w/Wortham re: investor inquiry and mailing list information. |
| 05/16 | .10 | T/C from JMcGee responding to my email question. |
| 05/19 | .60 | T/C w/investor re: website and Exhibit information inquiry. |
| 05/21 | .40 | Email exchange w/investor re: filing of claim late and expedited mailing instructions. Email exchange w/investor re: questions and possible missing claim by investor. |
| 05/22 | 2.00 | Detailed discussion via T/C w/Wortham re: supplemental claims information. T/C w/JMcGee re: hearing prep and status, updated information as to shredding |

|       |      | vendors and cost estimates. Reviewed correspondence received in mail and determined necessary follow up. |
|-------|------|---|
| 05/23 | .50  | Reviewed revised Exhibit claim numbers prepared by Wortham. |
| 05/24 | 1.60 | Emails to Wortham and JMcGee re: revised claim numbers; Email exchange w/investor re: status of revised claim. Review and subsequent email exchange and T/C discussion w/JMcGee re: revised Exhibit, related supplemental information and related new claims numbers, categories and revised totals. Email exchanges w/Wortham, Quinones and Kopf confirming updated information for hearing; T/Cs w/JMcGee re: filing. Reviewed email from investor re: new claim information. |
| 05/25 | .30  | Email exchange and T/C w/JMcGee reviewing filing of amended exhibit and filing of investor objection received. |
| 05/27 | .30  | Reviewed VM received from investor and returned call.  Emailed amended filing doc to Protegga for upload to Receiver's website. |
| 05/28 | .40  | Reviewed w/GoDaddy via T/C and confirmed renewal of domain and renewal of website and confirmed status/future renewal dates of other services. |
| 05/30 | 3.50 | Lengthy O/C w/JMcGee for detailed discussion/review of Motion in preparation for hearing; review of records preservation/retention matters; review of all steps taken re: identifying ownership interests, sales, agreements, status of properties, regulatory matters, recommended distribution and analysis and basis for same, objection letters, professional fees and other matters. T/C w/Stapp re: filings and any near term testing or filing requirements to maintain status as to remaining wells. T/C w/Wortham as to estimate of professional fees. |
| 05/31 | 3.30 | T/C w/Wortham requesting confirmation of information needed to prepare for hearing, reviewed and forwarded to JMcGee.  T/C w/JMcGee re: new matters raised by Defendant's counsel for review and resolution before hearing. Research office files for information relating to same and scan all to JMcGee. Researched RRC filings and reviewed items via email exchange w/Stapp. Additional review of matters for hearing. Email exchange w/Protegga re: upload of amended claims register/exhibit to website and re: status of upload of fee application. |

**Total**    **14.40**    **$ 4,320.00**

**06  TAX MATTERS**

| Date  | Hours | Description |
|-------|-------|---|
| 05/30 | .30   | T/C w/Shaw re: tax compliance filings; T/C w/JMcGee updating as to tax and regulatory filings status. |

**Total**    **.30**    **$  90.00**

**Total May Hours: ................................... 16.80**
**Total Fees: ...........................................$ 5,040.00**

## 03  BUSINESS OPERATIONS

| Date | Hours | Description |
|------|-------|-------------|
| 06/01 | .20 | Email exchanges w/Stapp re: required surface work on property. |
| 06/04 | 1.00 | Emails and T/Cs w/JMcGee re: RRC inactive well filings status and Quinones re: recording fee. |
| 06/14 | .30 | Reviewed RRC notice on Mauritz well and follow up w/Stapp. |
| 06/28 | .20 | Reviewed and approved invoices received and requested Quinones prepare payment. |
| 06/29 | .20 | Reviewed production reports from Stapp for filing w/RRC and reviewed and approved invoice for payment. |

**Total**   **1.90**   **$ 570.00**

## 04  CASE ADMINISTRATION

| Date | Hours | Description |
|------|-------|-------------|
| 06/01 | 1.40 | Hearing on Motion re: proposed distribution including testifying and pre-hearing discussions w/counsel for Defendant. |

**Total**   **1.40**   **$ 420.00**

## 05  CLAIMS ADMINISTRATION

| Date | Hours | Description |
|------|-------|-------------|
| 06/05 | 1.20 | Reviewing and confirming figures and amounts received from Wortham for use in draft order and related T/C w/JMcGee. |
| 06/06 | 1.10 | Reviewing, revising and submitting comments on draft Order; requested and received related information from Wortham. |
| 06/07 | 1.00 | T/Cs w/JMcGee re: draft. |
| 06/11 | .40 | Reviewed and responded to email inquiries from investors. |
| 06/18 | .10 | Follow up response to investor. |
| 06/29 | 1.90 | O/C w/landlord office manager; T/C w/SEC attorneys re: available publications (NB); continued review of records in office. Email exchanges w/multiple investors re: hearing update requests. |

**Total**   **5.70**   **$ 1,710.00**

Total June Hours: .................................... 9.00
Total Fees: ..........................................$ 2,700.00

## 03  BUSINESS OPERATIONS

| Date | Hours | Description |
|------|-------|-------------|
| 07/03 | .30 | Received and reviewed Operator Compass JIB statements to determine accuracy. |
| 07/09 | 1.70 | Review of documents received previously from Operator Compass for comparison and email exchanges w/Compass reps re: need for details and questions to be addressed. |
| 07/10 | .40 | T/C and email exchange w/insurance agent re: renewal options. |
| 07/11 | .20 | Email exchange w/insurance agent as to matters pertaining to renewal terms. |
| 07/12 | 1.90 | Review of renewal application and email exchange w/agt re: same; request to Quinones for entity i.d. for application. Emailed statement questions to Compass rep. |
| 07/13 | .90 | T/C w/Stapp re: inactive wells matters and current status; review of entity information from Quinones. |
| 07/16 | 2.10 | Review of Operator Compass statements for records regarding post-closing revenues and expenses and compilation of same noting clarifications needed from Operator. |
| 07/19 | 3.10 | Text exchange w/Nordyke re: refund check from insurance agent for deposit. Text exchange w/Stapp re: Mauritz work status and cost estimate on potential surface work requirement. Email exchange and T/C w/insurance agent Tilley re: insurance quote and any refund terms. Brief meeting w/Nordyke re: insurance refund check and status of other matters. Continuing work on post-closing revenues and expenses and prepared email to Operator Compass w/questions and requesting clarifications. Additional research in records of Operator supporting monthly JIB charges attempting to confirm pre-sale charges and expenses to include pre-sale revenues paid to the wrong party. |
| 07/23 | .80 | Email exchanges w/insurance agent. T/C w/Hardin County re: tax office notice. Email exchange w/Stapp re: research of RRC i.d. number to compare to information on tax office notice. Email exchanges w/agent as to questions on proposed insurance terms. |
| 07/26 | .60 | T/C w/moving company regarding requirements to move office records to storage and related costs and scheduling date of move. Follow up w/agent on responses to insurance questions. Follow up w/Operator Compass as to responses to questions raised and reviewed response. Email exchange w/Stapp re: RRC letters received. |
| 07/27 | .10 | Reviewed response of new owner re: Hardin County tax statement. |
| 07/28 | .20 | Additional follow up w/Operator Compass. |
| 07/29 | .50 | T/Cs related to tax information from County. Review of office lease provisions pertaining to move, notice, etc. |
| 07/30 | .10 | Emailed additional insurance question to agent. |
| **Total** | **12.90** | **$ 3 870.00** |

## 04 CASE ADMINISTRATION

| Date | Hours | Description |
|------|-------|-------------|
| 07/23 | .40 | Reviewed, sign before Notary and scan back to JMcGee w/notation of missing date information on notary on Defendant's signature of agreement doc w/Defendant. |
| **Total** | **.40** | **$ 120.00** |

## 05 CLAIMS ADMINISTRATION

| Date | Hours | Description |
|------|-------|-------------|
| 07/02 | .30 | Received and prepared response to inquiry from investor. |
| 07/06 | .30 | Received and reviewed Court Order; emailed Quinones request for checks for payments pursuant to Order. |
| 07/07 | .80 | Emailed Order to Protegga for upload to Receiver's website. Email exchanges w/JMcGee re: investor's issues for the court. . |
| 07/11 | .10 | Email exchange w/Wortham re: update as to investor addresses. |
| 07/20 | 1.90 | Lengthy T/Cs responding to investor inquiries as to amounts shown due and prior review of details and brief T/C to Wortham in order to have complete information for response to questions. T/C w/JMcGee re: update on estimate of anticipated expenditures prior to termination and related text exchange w/Stapp. |
| 07/21 | 1.00 | Reviewed office files relating to investor in response to question re: insufficient documentation notation in rejecting claim amount. |
| 07/22 | 3.00 | Text exchange w/Stapp re: requested estimate of expenses. Emailed Wortham re: additional information shown as deficient for inquiring investor's claim. |
| 07/23 | 3.50 | Determining and compiling estimates of post June 1 expenditures including insurance amounts, operations and filing costs for wells, sale post-closing matters, records preservation costs, rents, shredding costs and all professional fees in preparation for calculating financial requirements. Researching office for records re: wells in post-Receivership Sedona entity and sorting and labeling for preservation and indexing; same for records to be transferred to new owners. T/Cs w/investor re: additional supporting documents needed and related amounts due and received back. Email exchanges w/JMcGee and Wortham re: same investor matter. |
| 07/24 | 2.90 | Receipt and review of supplemental emails and photos from investor as to missing documentation. T/C review w/Stapp as to Mauritz work estimates. Compiled and emailed to JMcGee estimates as to revenue and expenses for use in determining initial distribution amount and follow up T/C w/JMcGee re: same. Review of estimated fees and costs in connection w/direction in Order. Reviewed Hardin County tax notice and forwarded to new owner. |
| 07/25 | 1.60 | T/C w/investor re: new inquiry; T/C and email exchanges w/JMcGee and Wortham re: investor inquiries and supplemental documentation. Review |

|       |      | revised claims register from Wortham and forward to JMcGee. |
|-------|------|------------------------------------------------------------|
| 07/27 | .80  | Reviewed proposed revised distribution and related email exchanges w/JMcGee. |
| 07/28 | .30  | Email exchanges w/investors. |
| 07/30 | .10  | Email exchange w/Quinones re: distribution check print schedule. |

**Total    16.60    $ 4,980.00**

**Total July Hours:................................... 29.90**
**Total Fees: .........................................$ 8,970.00**

**02    ASSET DISPOSITION**

| Date | Hours | Description |
| --- | --- | --- |
| 08/06 | .90 | Prepared summary of the six inactive Texas wells for landman LBennett for use in identifying potential parties interested in owning one or more of the wells. T/C VM to and subsequent T/C w/working interest owner in Red Ruby well re: parties interested in owning the well, information available on the well, etc.  T/C w/EnergyNet's D.Arias re: potential parties interested in owning one or more of the six inactive wells. Email exchange w/Bennett re: additional auction resource for inactive wells; emailed auction contact re: same. |
| 08/07 | .50 | Researched Red Ruby well files in Sedona office files for information requested by party interested in opportunity for conversion to water well. T/C discussion w/EnergyNet's Arias re: any options for inactive wells. |
| 08/08 | .20 | Reviewed and responded to email update re: surface landman's information pertaining to interest in inactive well. |
| 08/29 | 3.60 | Emailed contractor BLee records inventory spreadsheet template to input records inventory information by storage box and label description. Continued review, categorizing and labeling records for preservation and retrieval or, as applicable, forwarding to new owners. |
| 08/30 | 6.20 | Responded to email from investor. Continued preparation of records for move to preservation storage and retrieval. |
| 08/31 | 7.70 | Continued categorizing and labeling records in preparation for move to storage for preservation and subsequent retrieval/review. O/C w/building security confirming process, moving company information and obtaining main and alternative security contact numbers for weekend move. |
| **Total** | **19.10** | **$ 5,730.00** |

**03  BUSINESS OPERATIONS**

| Date | Hours | Description |
| --- | --- | --- |
| 08/01 | 1.10 | T/C w/Stapp re: status of work on Mauritz property by contractor and payment for same. Reviewed monthly production reports and related invoice and invoice from first phase of Mauritz work, approved and requested Quinones prepare che.2+ck. Reviewed description and confirmation re: move from moving company and emailed response re: moving questions. O/C w/office building manager re: move plans, insurance requirements and rent payment. |
| 08/02 | .20 | Emailing re: check delivery and subsequent expedited mailing. |
| 08/06 | .70 | T/C w/Stapp re: Mauritz work status, Red Ruby well logs and inactive |

| | | |
|---|---|---|
| | | wells matters. Emailed Operator Compass' CFuchs checking status on the requested records confirming joint interest expense adjustment or status of adjustment. Follow up email to Stapp re: contractor payment for Mauritz work (phase I) and request to contractor to complete phase II asap. |
| 08/07 | 1.60 | Surveyed office files to be boxed for moving and storage, estimated number of boxes required. T/C w/Lochton's Daves re: insurance options for inactive wells. Follow up email to Operator w/additional references relating to JIB adjustment matter. |
| 08/08 | .20 | Reviewed and responded to underwriter questions from insurance agent. |
| 08/08 | .10 | Reviewed email and two alternative templates for records inventory being preserved for subsequent retrieval/review. |
| 08/09 | .20 | Follow up email request to insurance agent requesting alternatives from underwriter for inactive wells. |
| 08/15 | .10 | Email exchange w/Nordyke re: plans for preservation of electronic records for upcoming move to storage. |
| 08/17 | 1.90 | Office conference w/landlord's office building manager re: move matters; T/C VM and text to moving company re: same.  Reviewed of office records determining records to be transferred to new owner and records to be moved/preserved in storage. |
| 08/20 | .40 | Reviewed liability insurance renewal quote. |
| 08/21 | .20 | Email exchange w/moving company re: Certificate of Insurance for landlord. Emailed COI to landlord's office building manager for review. |
| 08/22 | 5.30 | Email exchange w/moving company rep re: move of records. Reviewed records in office files and prepared for moving to preservation storage. Received Landlord objections to Certificate of Insurance provided by moving company and landlord's approved COI sample and forwarded to moving company.  Send prior approval by landlord of the movers COI in previous move. Received alternative proposal from mover, forwarded to landlord, received landlord's rejection and suggestion of approved mover. T/C to suggested company, discussing bid and proposed schedule; T/C w/landlord for approval of new schedule. Received message to counsel from investor, responded to call. |
| 08/24 | 3.80 | T/Cs w/moving company and related T/C w/office building manager. T/C w/Nordyke re: schedule for move and hard drive removal preservation. T/C w/Wortham re: completion of research review. T/Cs w/multiple investors re: distribution questions and comments. Emailed landlord confirmation of schedule for move; emailed written confirmation of cancellation to first moving company. Reviewed contents and labeled files for preservation storage as well as identifying files for forwarding to new owners. |
| 08/27 | 1.90 | Reviewed and labeled records for forwarding to new owners of assets and for preservation storage and retrieval. |
| 08/28 | .10 | T/C w/JMcGee re: status update. |
| 08/31 | .40 | Requested via follow up email to Red Ruby well joint interest owner status of surface landman's work re: surface owners interest for water well conversion purposes. Emailed follow up request to Bennett re: |

status of landman's work re: interest in Red Ruby well. Follow up email to Operator Compass re: adjustment information requested previously.

**Total**        **18.20**        **$ 5,460.00**


**05   CLAIMS ADMINISTRATION**

| Date | Hours | Description |
|------|-------|-------------|
| 08/03 | .10 | Emailed JMcGee re: post-distribution check questions received. |
| 08/06 | .10 | VM and follow up email responding to investor inquiry re: distribution. Follow up email to SEC D.C. Consumer Advocacy office re: materials discussed (NB). |
| 08/09 | .10 | Email exchanges w/Wortham re: returned distribution check, location of additional contact information and next steps. |
| 08/13 | 1.70 | T/Cs w/multiple investors re: questions and comments as to distributions and process/decision re: same.   Emailed request to Wortham re: status of returned/outstanding distributions. |
| 08/14 | .10 | Received and responded to investor inquiry as to any additional distributions expected. |
| 08/31 | .40 | Responded via email to investor's inquiries re: distribution, how determined and included attachments of filed documents supporting responses. Email exchange w/Wortham as to status of any outstanding distribution checks. |

**Total**        **2.50**        **$ 750.00**


**06   TAX MATTERS**

| Date | Hours | Description |
|------|-------|-------------|
| 08/03 | .10 | T/C to JShaw re: response to investor question as to any tax information concerning distribution and any general information needed for website. |
| 08/06 | .10 | Emailed Shaw re: investor question re: any tax forms. |
| 08/07 | .20 | Reviewed response re: investor tax-related question and responded to Shaw. |

**Total**        **.40**        **$ 120.00**

**Total Aug Hours:.....................................40.20**
**Total Fees: .........................................$ 12,060.00**



**MUNSCH HARDT**

DALLAS / HOUSTON / AUSTIN

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Dennis Roossien, Plan Agent
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | October 31, 2018 |
| Invoice Number: | 10388099 |
| Matter Number: | 004856.00018 |

*For Professional Services through **May 31, 2018***

**Client:** Securities and Exchange Commission
**Matter:** SEDONA

| | | |
|---|---|---|
| Total Fees | $ | 23,012.50 |
| Total Costs | $ | 218.86 |
| **Amount Due** | **$** | **23,231.36** |

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

For billing inquiries, please contact accounting at accounting@munsch.com or (214) 740 5198

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10388099
Matter Description: SEDONA

2 of 5
October 31, 2018

## Fee Detail

**Task Code:** 03          Business Operations

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/19/18 | JMM | Complete draft fee application (1.3); correspondence with Receiver (.5); correspondence with M. Gulde (SEC) (.3). | 2.10 | 630.00 |

| | | **Total for 03** | **2.10** | **630.00** |

**Task Code:** 04          Case Administration

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/16/18 | JMM | Correspondence with M. Gulde (SEC). | 0.30 | 90.00 |
| 04/20/18 | JMM | Draft 9th quarterly fee application (1.1); correspondence with Receiver (.3); correspondence with K. Wortham (.5). | 1.90 | 570.00 |
| 04/24/18 | JMM | Draft 9th quarterly status report (1.1); correspondence with Receiver (1.6). | 2.70 | 810.00 |
| 04/25/18 | JMM | Revise quarterly report. | 0.70 | 210.00 |
| 04/30/18 | JMM | Complete and file 9th Quarterly Status Report (.9); complete and file 9th Fee Application (1.2). | 2.10 | 630.00 |

| | | **Total for 04** | **7.70** | **2,310.00** |

**Task Code:** 05          Claims Administration & Objections

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/02/18 | JMM | Correspondence and telephone conference with Receiver (1.1); review and revise claims spreadsheet (1.2); review and revise motion to distribute (.5) | 2.80 | 840.00 |
| 04/03/18 | JMM | Correspondence with Receiver. | 0.40 | 120.00 |
| 04/04/18 | JMM | Revise motion and exhibit; and telephone conference and correspond with receiver. | 4.90 | 1,470.00 |
| 04/05/18 | JMM | Telephone conference and correspond with receiver; Revise motion; and revise exhibit. | 3.60 | 1,080.00 |
| 04/06/18 | JMM | Complete Motion (2.8); draft notice of filing (.6); revise claimant list (.7). | 4.10 | 1,230.00 |
| 04/09/18 | JMM | Complete and file Motion (1.6); complete and serve notice (.4); correspondence and telephone conferences with Receiver (.2). | 2.20 | 660.00 |
| 04/09/18 | MJM | Review of email from Jim McGee and attached Claimant List and conference with Mr. McGee regarding notices that need to be sent out to all Claimants. Print address labels for Claimants and enclose a notice for mailing to all Claimants. Conference with Mr. McGee to advise of status and to confirm when mailings need to go out. | 2.80 | 490.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10388099
Matter Description: SEDONA

3 of 5
October 31, 2018

| 04/10/18 | JMM | Telephone conference with SEC (.2); telephone conference with court clerk (.3); telephone conference with Receiver (.8); correspondence with Railroad Commission (.7); draft certificate of service (.4). | 2.40 | 720.00 |
| 04/11/18 | JMM | Telephone conference with M. Gulde (SEC) (.2); telephone conference with Receiver (.5). | 0.70 | 210.00 |
| 04/16/18 | JMM | Correspondence and telephone conferences with Receiver (1.4); correspondence and telephone conferences with R. Roper (.4); review investor correspondence (3.). | 2.10 | 630.00 |
| 04/17/18 | JMM | Correspondence and telephone conferences with Receiver. | 1.40 | 420.00 |
| 04/18/18 | JMM | Review Court Order (.3); draft certificate of service (.6); correspondence with M. Gulde (.4); correspondence and telephone conferences with Receiver (.9). | 2.20 | 660.00 |
| 04/24/18 | JMM | Telephone conference with J. Wander (.2); telephone conferences with Receiver (.9). | 1.10 | 330.00 |
| 04/25/18 | JMM | Correspondence with J. Wagner (.4); telephone conferences with S. Santos and G. Williams (.5); telephone conference and correspondence with Receiver (1). | 1.90 | 570.00 |
| 04/27/18 | JMM | Review correspondence from investors (.4); correspondence with Receiver (.2). | 0.60 | 180.00 |
| 05/01/18 | JMM | Review correspondence from investors (.2); correspondence with Receiver (.2). | 0.40 | 120.00 |
| 05/02/18 | JMM | Correspondence with investor (.4); correspondence with Receiver (.3); correspondence with K. Wortham (.2). | 0.90 | 270.00 |
| 05/04/18 | JMM | Review investor correspondence and correspondence with Receiver. | 0.40 | 120.00 |
| 05/07/18 | JMM | Correspondence with investor and receiver. | 0.40 | 120.00 |
| 05/08/18 | JMM | Review investor filing (.8); correspondence and telephone conference with Receiver (.7). | 1.50 | 450.00 |
| 05/09/18 | JMM | Correspondence with M. Gulde (.4); telephone conferences with Receiver (.2). | 0.60 | 180.00 |
| 05/16/18 | JMM | Correspondence and telephone conference with Receiver (.8); work on claim identification (.9). | 1.70 | 510.00 |
| 05/22/18 | JMM | Telephone conference with Receiver (.4); review objection (.3). | 0.70 | 210.00 |
| 05/23/18 | MJM | Conference with Jim McGee regarding documents needed for upcoming hearing on Motion for Distribution. Review of court docket sheet to locate and copy documents needed. Organize all documents into binders and create index for same. Forward binders to Mr. McGee for his use in hearing. | 3.50 | 612.50 |
| 05/23/18 | JMM | Correspondence with K. Wortham (.6); review and revise chart of claims (.8); correspondence with Receiver (.3). | 1.70 | 510.00 |
| 05/24/18 | JMM | Telephone conference and correspond with receiver; correspond with K. W.; review and analyze distribution lists and percentages of recovery; and review objection. | 4.20 | 1,260.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10388099
Matter Description: SEDONA

4 of 5
October 31, 2018

| 05/25/18 | JMM | Draft and file supplemental claims register (.6); draft and file claims objection (.4); correspondence and telephone conferences with Receiver (.6). | 1.60 | 480.00 |
|---|---|---|---|---|
| 05/26/18 | JMM | Work on Motion and exhibits for hearing. | 0.90 | 270.00 |
| 05/29/18 | JMM | Prepared for meeting with Receiver for hearing (1.8); review Order Appointing Receiver and chart of investors (3.1); telephone conference with R. Roper (.3). | 5.20 | 1,560.00 |
| 05/30/18 | JMM | Investigate American Express claim (.7); correspondence with M. Gulde and review court pleading (.4); correspondence with Receiver (.2); prepare for and meet with Receiver (3.1); review pleading filed (.2). | 4.60 | 1,380.00 |
| 05/30/18 | MJM | Conference with Jim McGee regarding additional documents needed for hearing. Add documents to binder and update index for same. Forward to Mr. McGee for his review. | 0.40 | 70.00 |
| 05/31/18 | JMM | Correspondence and telephone conferences with R. Roper and M. Gibson (2.6); telephone conferences with M. Gulde (.5); correspondence and telephone conferences with Receiver (1.5); research Crumby Oil accounts and cashiers checks (1.6); prepared for hearing (1.6). | 7.80 | 2,340.00 |

|  |  |  | **Total for 05** | **69.70** | **20,072.50** |
|---|---|---|---|---|---|
|  |  |  | **Total** | **79.50** | **$23,012.50** |

**Timekeeper Summary**

| Timekeeper Title | Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Shareholder | James McGee | JMM | 300.00 | 72.80 | 21,840.00 |
| Paralegal | Mary Jo Martin | MJM | 175.00 | 6.70 | 1,172.50 |
|  |  |  | **Total** | **79.50** | **$23,012.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Postage | 165.38 |
| Long Distance | 17.88 |
| Pacer Research | 28.40 |
| Photocopies | 7.20 |
| **Total** | **$218.86** |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018                                              5 of 5
Invoice Number: 10388099                                          October 31, 2018
Matter Description: SEDONA

## Task Summary

| Task Code | Description | | Hours | Amount |
|---|---|---|---|---|
| 03 | Business Operations | | 2.10 | 630.00 |
| 04 | Case Administration | | 7.70 | 2,310.00 |
| 05 | Claims Administration & Objections | | 69.70 | 20,072.50 |
| | | **Total** | **79.50** | **$23,012.50** |



**MUNSCH HARDT**

DALLAS / HOUSTON / AUSTIN

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Dennis Roossien, Plan Agent
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | October 31, 2018 |
| Invoice Number: | 10388105 |
| Matter Number: | 004856.00018 |

*For Professional Services through **August 31, 2018***

**Client:** Securities and Exchange Commission
**Matter:** SEDONA

| | | |
|---|---|---:|
| Total Fees | $ | 3,630.00 |
| Total Costs | $ | 103.11 |
| **Amount Due** | **$** | **3,733.11** |

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

**For billing inquiries, please contact accounting at accounting@munsch.com or (214) 740 5198**

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10388105
Matter Description: SEDONA

2 of 4
October 31, 2018

## Fee Detail

**Task Code:** 04          Case Administration

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/19/18 | JMM | Correspondence with Receiver. (NO CHARGE) | 0.40 | No Charge |
| 06/20/18 | JMM | Telephone conferences with Receiver; review SFAR. (NO CHARGE) | 0.90 | No Charge |
| | | **Total for 04** | **1.30** | **0.00** |

**Task Code:** 05          Claims Administration & Objections

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/18 | JMM | Meeting with R. Roper (1); prepare for and attend hearing (2.6); meeting with M. Gulde (.8); meeting with Receiver (.8); telephone conference with Receiver (.5). | 5.70 | 1,710.00 |
| 06/04/18 | JMM | Correspondence and telephone conferences with Receiver (.9); telephone conferences with court clerk (.1); draft proposed Order (1.1). (NO CHARGE) | 2.10 | No Charge |
| 06/05/18 | JMM | Draft settlement agreement (1.1); draft proposed order (1.8). (NO CHARGE) | 2.90 | No Charge |
| 06/06/18 | JMM | (NO CHARGE) Complete draft order and settlement agreement with Crumbley (2.1); draft letter to R. Roper (.5); correspond with Receiver (.5). | 3.10 | No Charge |
| 06/07/18 | JMM | (NO CHARGE) Revise order (.8); correspond with Receiver (1.1). | 1.90 | No Charge |
| 06/28/18 | JMM | Telephone conferences with R. Roper (.2); telephone conference with court clerk (.2). | 0.40 | 120.00 |
| 07/06/18 | JMM | Review court order (1.); correspondence with receiver (.6). | 1.60 | 480.00 |
| 07/09/18 | JMM | Correspondence and telephone conferences with Receiver (1.2); correspondence with SEC (.5); correspondence with R. Roper (.5). | 2.20 | 660.00 |
| 07/10/18 | JMM | Telephone conference with M. Segner (.4); telephone conference with Receiver (.5). | 0.90 | 270.00 |
| 07/13/18 | JMM | Telephone conference with Receiver. | 0.60 | 180.00 |
| 07/20/18 | JMM | Telephone conference with Receiver (.2); correspondence with Receiver (.9). (NO CHARGE) | 1.10 | No Charge |
| 07/23/18 | JMM | Correspondence with R. Roper (.4); correspondence and telephone conference with Receiver (.9). (NO CHARGE) | 1.30 | No Charge |
| 07/24/18 | JMM | Correspondence and telephone conferences with Receiver (1.1); telephone conference with M. Segner (.6). (NO CHARGE) | 1.70 | No Charge |
| 07/25/18 | JMM | Correspondence with K. Wortham (.1); telephone conferences with M. Gulde (.1); telephone conferences with R. Roper (.1); telephone conference with Receiver (.6); correspondence with Receiver (.6). (NO CHARGE) | 1.50 | No Charge |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10388105
Matter Description: SEDONA

3 of 4
October 31, 2018

| | | | | | |
|---|---|---|---|---|---|
| 07/26/18 | JMM | Correspondence and telephone conferences with Receiver (2.1); correspondence with LSSM (.5); analyze holdback, operational issues, and distribution amount (1.5). (NO CHARGE) | | 4.10 | No Charge |
| 07/27/18 | JMM | Telephone conferences with Receiver (1.4); review and revise distribution list (.8); analyze potential vendor payments (.5). (NO CHARGE) | | 2.70 | No Charge |
| 07/30/18 | JMM | Telephone conference with Receiver (.7); correspondence and telephone conferences with M. Gulde (SEC) (.4); draft notice (.5); work on getting checks mailed (.4); draft letter to R. Roper (.3). (NO CHARGE) | | 2.30 | No Charge |
| 07/31/18 | JMM | Correspondence and telephone conference with K. Wortham (.5); telephone conferences with M. Gulde (.5); work on check list (.4). (NO CHARGE) | | 1.40 | No Charge |
| 08/02/18 | JMM | Correspondence with Receiver. (NO CHARGE) | | 0.30 | No Charge |
| 08/03/18 | JMM | Telephone conference with Receiver. | | 0.40 | 120.00 |
| 08/27/18 | JMM | Correspondence with Receiver. | | 0.10 | 30.00 |
| 08/28/18 | JMM | Telephone conference with Receiver. | | 0.20 | 60.00 |
| | | | Total for 05 | 38.50 | 3,630.00 |
| | | | Total | 39.80 | $3,630.00 |

## Timekeeper Summary

| Timekeeper Title | Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Shareholder | James McGee | JMM | 300.00 | 12.10 | 3,630.00 |
| | | | Total | 12.10 | $3,630.00 |

## Cost Summary

| Description | Amount |
|---|---|
| Pacer Research | 42.50 |
| Parking/Cab/Mileage | 15.00 |
| Courier Service | 10.83 |
| Postage | 34.78 |
| Total | $103.11 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00018
Invoice Number: 10388105
Matter Description: SEDONA

4 of 4
October 31, 2018

## Task Summary

| Task Code | Description | | Hours | Amount |
|---|---|---|---|---|
| 04 | Case Administration | | 1.30 | 0.00 |
| 05 | Claims Administration & Objections | | 38.50 | 3,630.00 |
| | | **Total** | **39.80** | **$3,630.00** |

LITZLER, SEGNER, SHAW & McKENNEY, L.L.P.
1412 Main Street, 24th Floor
Dallas, Texas  75202
(214)  752-0999  *  (214) 752-0990
EIN #:  75-2305990


Sedona Oil & Gas
c/o Becky McGee, Receiver

Page: 1
07/26/18
Account No:   26-00001M
Invoice No:       2740


## Professional Services Rendered 04/01/18 thru 06/30/18

|  |  | Hours |  |
|---|---|---|---|
| **04/02/18** | | | |
| KW | Claims, Creditors & Lift of Stay: Update vendor claims and review analysis (.4); Review specific claims and respond to Receiver emails (.3) | 0.70 | 136.50 |
| **04/04/18** | | | |
| KW | Claims, Creditors & Lift of Stay: Disallowed claims: Review disallowed claims and supporting documents. Email the Receiver with details. Follow-up phone call to Receiver and update claims analysis. | 5.60 | 1,092.00 |
| **04/05/18** | | | |
| KW | Claims, Creditors & Lift of Stay: Revise claims analysis per Receiver's instructions (.6); Review revised claims analysis.  Compare analysis sorted by well to original analysis to insure all items are correct and totals balance.  Prepare final analysis sorted/organized by claim number. (4.3) | 4.90 | 955.50 |
| **04/06/18** | | | |
| SR | Claims, Creditors & Lift of Stay: Discuss claims issues w/ K. Wortham. | 0.80 | 148.00 |
| KW | Claims, Creditors & Lift of Stay: Finalize address list and submit to B. McGee and j. McGee (.7); Review bank transactions during Receivership and submit to B. McGee (.7); Continue review of revised claims analysis, comparing all items to original analysis.  Insure all items have been transferred correctly and totals balance (2.4) | 3.80 | 741.00 |

```
                                                            Page:  2
        Sedona Oil & Gas                                  07/26/18
                                          Account No:   26-00001M
                                          Invoice No:       2740
```

|            |                                                                                                      | Hours  |        |
|------------|------------------------------------------------------------------------------------------------------|--------|--------|
| **04/09/18** | | | |
| LQ | Case Administration: Review all disbursements for administrative payments in preparation of a motion to be filed by the receiver. | 1.00 | 100.00 |
| KW | Claims, Creditors & Lift of Stay: Review Receivership bank activity and research source of deposits and indirect expenses | 2.90 | 565.50 |
| **04/10/18** | | | |
| KW | Claims, Creditors & Lift of Stay: Update claimant's address | 0.10 | 19.50 |
| **04/20/18** | | | |
| KW | Monthly Operating Reports: At J. McGee's request, revise most recent SFAR to include activity through March 31, 2018 | 0.70 | 136.50 |
| **04/23/18** | | | |
| LQ | Case Administration: Bank reconciliation for March 2018, ran reconciling report and filed statements in case bank folders. | 0.20 | 20.00 |
| **04/24/18** | | | |
| KW | Claims, Creditors & Lift of Stay: Phone call with Receiver regarding investor Judy Wagner and potential claim | 0.20 | 39.00 |
| **04/25/18** | | | |
| KW | Claims, Creditors & Lift of Stay: Review/respond to emails from Receiver (.2); Research wire from investor, Judy Wagner (.2) | 0.40 | 78.00 |
| **04/26/18** | | | |
| RN | Document & Computer Data Review: deliver checks and mail | 0.60 | 87.00 |
| LQ | Case Administration: Update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. | 0.40 | 40.00 |
| **05/02/18** | | | |
| KW | Claims, Creditors & Lift of Stay: At Receiver's request, review emails and claim for address change. Respond to Receiver's email. | 0.20 | 39.00 |
| **05/03/18** | | | |
| LQ | Case Administration: Update claim. Prepared disbursement and keyed into system. Filed backup in case bank folder. | 0.30 | 30.00 |
| KW | Claims, Creditors & Lift of Stay: Review new | | |

```
                                                          Page: 3
        Sedona Oil & Gas                                 07/26/18
                                        Account No:     26-00001M
                                        Invoice No:         2740


                                                Hours
              claim for J. Wagner and additional documents from
              P. Creelman.                       0.90     175.50

05/07/18
     RN   Document & Computer Data Review: deliver Texcel
          check and mail                         0.50      72.50

05/11/18
     KW   Claims, Creditors & Lift of Stay: Review email
          from Receiver and supplemental documentation on
          claims                                 0.30      58.50

05/14/18
     RN   Document & Computer Data Review: deliver mail    0.50      72.50
     KW   Claims, Creditors & Lift of Stay: Review new
          claim (Wagner) and additional documentation
          (Creelman). Review support and debtor documents
          located, and update analysis           0.80     156.00

05/16/18
     KW   Claims, Creditors & Lift of Stay: Review
          documents and draft email detailing analysis of
          the revised/added claims (.6); Review claims
          analysis for an investor claim and respond to the
          Receiver (.4)                          0.70     136.50

05/21/18
     RN   Document & Computer Data Review: deliver mail    0.50      72.50

05/22/18
     KW   Claims, Creditors & Lift of Stay: Discussion with
          B. McGee regarding new and revised claims (.5);
          Review new claim (.3)                  0.80     156.00

05/23/18
     KW   Claims, Creditors & Lift of Stay: Review claim
          and prepare explanation of recommendation.
          Revise claims analysis to include revisions and
          new claims. Submit to Receiver and Receiver's
          attorney.                              2.40     468.00

05/24/18
     LQ   Case Administration: Update claims.  Prepared
          disbursements and keyed into system.  Filed
          backup in case bank folder.            0.40      40.00
     KW   Claims, Creditors & Lift of Stay: Read/respond to
          various emails (.4); Read letter from investor
          and review claim (.2)                  0.60     117.00
```

Sedona Oil & Gas

Page:  4
07/26/18
Account No:   26-00001M
Invoice No:        2740

|  | | Hours | |
|---|---|---|---|
| 05/25/18 | | | |
| LQ | Case Administration: Bank reconciliation for April 2018, ran reconciling report and filed statements in case bank folders. | 0.20 | 20.00 |
| 05/29/18 | | | |
| RN | Document & Computer Data Review: drop off checks and mail | 0.50 | 72.50 |
| 05/31/18 | | | |
| KW | Claims, Creditors & Lift of Stay: Provide estimated unbilled amounts to B. McGee and J. McGee for use in hearing | 0.30 | 58.50 |
| 06/04/18 | | | |
| LQ | Case Administration: Set up and update claims. Prepared disbursements and keyed into system. Filed backup in case bank folder. | 0.40 | 40.00 |
| RN | Document & Computer Data Review: get Settlement check signed by Receiver, deliver to Jim McGee at Munsch hardt | 0.80 | 116.00 |
| 06/19/18 | | | |
| KW | Monthly Operating Reports: Review bank activity and prepare the SFAR for 3/1/18 - 5/31/18 | 0.70 | 136.50 |
| KW | Claims, Creditors & Lift of Stay: Review claim correspondence and save to server | 0.20 | 39.00 |
| 06/20/18 | | | |
| LQ | Case Administration: Bank reconciliation for May 2018, ran reconciling report and filed statements in case bank folders. | 0.20 | 20.00 |
| KW | Monthly Operating Reports: Finalize SFAR and submit to the Receiver | 0.20 | 39.00 |
| 06/26/18 | | | |
| LQ | Case Administration: Update claim.  Prepared disbursement and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| 06/28/18 | | | |
| RN | Document & Computer Data Review: deliver rent check and mail | 0.60 | 87.00 |
| | For Current Services Rendered | 35.60 | 6,411.00 |

```
                                                         Page: 5
Sedona Oil & Gas                                       07/26/18
                                       Account No:    26-00001M
                                       Invoice No:        2740
```

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Reed Nordyke | 4.00 | $145.00 | $580.00 |
| Scott Reese | 0.80 | 185.00 | 148.00 |
| Lizz Quinones | 3.40 | 100.00 | 340.00 |
| Karla Wortham | 27.40 | 195.00 | 5,343.00 |

## Expenses

| | | |
|---|---|---|
| 04/26/18 Postage (1) for mailing disbursement. | | 0.47 |
| 05/03/18 Postage (1) for mailing disbursement. | | 0.47 |
| 05/24/18 Postage (1) for mailing disbursement. | | 0.47 |
| 06/04/18 Postage (1) for mailing disbursement. | | 0.47 |
| 06/15/18 Photocopies | | 11.40 |
| Total Expenses | | 13.28 |
| Total Current Work | | 6,424.28 |
| Balance Due | | $6,424.28 |

Due and payable upon receipt

LITZLER, SEGNER, SHAW & McKENNEY, L.L.P.
1412 Main Street, 24th Floor
Dallas, Texas 75202
(214) 752-0999 * (214) 752-0990
EIN #: 75-2305990

Page: 1
09/14/18

Sedona Oil & Gas
c/o Becky McGee, Receiver

Account No: 26-00001M
Invoice No: 2752

Professional Services Rendered 07/01/18 thru 07/31/18

| | | | Hours | |
|---|---|---|---|---|
| 07/05/18 | LQ | Case Administration: Update claim.  Prepared disbursement and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| 07/06/18 | RN | Document & Computer Data Review: deliver Texcel check and mail | 0.50 | 72.50 |
| 07/09/18 | LQ | Case Administration: Update claims.  Prepared disbursements and keyed into system.  Filed backup in case bank folder. | 0.50 | 50.00 |
| | KW | Trustee time: Review allowed/disallowed claims and enter in TCMS | 5.20 | 390.00 |
| | RN | Document & Computer Data Review: meet Receiver for signing of checks, deliver check to Munsch and Hardt | 1.30 | 188.50 |
| 07/10/18 | KW | Trustee time: Review allowed/disallowed claims and enter in TCMS | 7.10 | 532.50 |
| 07/11/18 | KW | Trustee time: Review allowed/disallowed claims and enter in TCMS | 5.90 | 442.50 |
| 07/12/18 | KW | Trustee time: Review allowed/disallowed claims and enter in TCMS (6.1); Discussion with B. McGee and L. Quinones regarding distribution procedures (.6) | 6.70 | 502.50 |
| 07/13/18 | KW | Trustee time: Review allowed/disallowed claims and enter in TCMS | 5.40 | 405.00 |
| 07/17/18 | KW | Trustee time: Review allowed/disallowed claims and enter in TCMS | 7.40 | 555.00 |
| 07/19/18 | LQ | Case Administration: Endorse check, prepared deposit and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| | KW | Trustee time: Review allowed/disallowed claims and enter in TCMS.  Review proposed | | |

Sedona Oil & Gas

Page: 2
09/14/18
Account No:   26-00001M
Invoice No:        2752

| | | | Hours | |
|---|---|---|---|---|
| | | distribution for errors. | 1.90 | 142.50 |
| | RN | Document & Computer Data Review: pick up check for deposit, deliver mail | 0.60 | 87.00 |
| 07/20/18 | KW | Trustee time: Review proposed distribution for errors and make corrections | 3.40 | 255.00 |
| | KW | Claims, Creditors & Lift of Stay: Phone call with B. McGee to discuss J. Cornett's claim and support | 0.30 | 58.50 |
| 07/23/18 | KW | Claims, Creditors & Lift of Stay: Review J. Cornett's claim and previous correspondence regarding same.  Communicate findings via email with B. McGee. | 0.60 | 117.00 |
| 07/24/18 | KW | Trustee time: Discussion with L. Quinones regarding payout | 0.20 | 15.00 |
| 07/25/18 | KW | Claims, Creditors & Lift of Stay: Review documentation for J. Cornett's claim, revise claim, update TCMS and submit revised exhibit (1.6); Phone call with B. McGee to discuss J. Cornett's additional documentation (.5) | 2.10 | 409.50 |
| 07/27/18 | LQ | Case Administration: Update claims.  Prepared disbursements and keyed into system.  Filed backup in case bank folder. | 0.40 | 40.00 |
| | RN | Document & Computer Data Review: discussion with Receiver re: move from 6060NCX building | 0.20 | 29.00 |
| | RN | Document & Computer Data Review: discussion with Receiver regarding move from 6060NCX building to LSSM warehouse | 0.40 | 58.00 |
| | KW | Trustee time: Submit Proposed Distribution report to the Receiver.  Followed by discussions with B. McGee and L. Quinones regarding the report. | 0.70 | 52.50 |
| | LQ | Case Administration: Bank reconciliation for June 2018, ran reconciling report and filed statements in case bank folders. | 0.20 | 20.00 |
| 07/30/18 | LQ | Case Administration: Made necessary adjustments/corrections in preparation of distribution.  Handled funds transfer.  Printed proposed distribution report and reviewed for accuracy.  Processed receivership distribution disbursements.  Filed all backup in case bank folder. | 3.50 | 350.00 |
| | SR | Asset Disposition - Personal Property: Discuss issues related to transfer of documents and records; and prep warehouse accordingly. | 5.30 | 980.50 |
| | KW | Trustee time: Discussion with L. Quinones regarding the distribution. | 0.20 | 15.00 |
| | RN | Document & Computer Data Review: deliver Distribution Checks to Receiver; discuss upcoming box move from 6060NCX to warehouse. | 0.80 | 116.00 |

```
                                                            Page: 3
      Sedona Oil & Gas                                      09/14/18
                                             Account No:    26-00001M
                                             Invoice No:        2752
```

```
                                                     Hours
07/31/18 KW   Trustee time: Prepare spreadsheet of addresses
              for check recipients for J. McGee      1.60     120.00
                                                     ------   -------
              For Current Services Rendered          63.00  6,064.00
```

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Reed Nordyke | 3.80 | $145.00 | $551.00 |
| Scott Reese | 5.30 | 185.00 | 980.50 |
| Lizz Quinones | 5.20 | 100.00 | 520.00 |
| Karla Wortham | 3.00 | 195.00 | 585.00 |
| Karla Wortham | 45.70 | 75.00 | 3,427.50 |

### Expenses

```
07/05/18    Postage (1) for mailing disbursement.              0.47
07/06/18    Photocopies                                        7.80
07/19/18    Photocopy (1) of deposit.                          0.20
07/27/18    Postage (1) for mailing disbursement.              0.47
                                                              ------
            Total Expenses                                     8.94

            Total Current Work                             6,072.94

            Balance Due                                   $6,072.94
                                                          =========
```

Due and payable upon receipt

LITZLER, SEGNER, SHAW & McKENNEY, L.L.P.
1412 Main Street, 24th Floor
Dallas, Texas  75202
(214)  752-0999  *  (214) 752-0990
EIN #:  75-2305990

                                                      Page: 1
Sedona Oil & Gas                                    09/14/18
c/o Becky McGee, Receiver           Account No:   26-00001M
                                    Invoice No:        2752

Professional Services Rendered 08/01/18 thru 08/31/18

|  |  | Hours | |
|---|---|---|---|
| 08/01/18 LQ | Case Administration: Update claim.  Prepared disbursement and keyed into system.  Filed backup in case bank folder. | 0.30 | 30.00 |
| 08/02/18 RN | Document & Computer Data Review: deliver Texcel check | 0.60 | 87.00 |
| 08/08/18 LQ | Case Administration: Issued stop payment and made adjustment on system.  Prepared (reissued) disbursement and keyed into system.  Filed all backup in case bank folder. | 0.40 | 40.00 |
| RN | Document & Computer Data Review: deliver Texcel replacement check and conversation re: move from 6060NCX | 1.10 | 159.50 |
| 08/10/18 LQ | Case Administration: Bank reconciliation for July 2018, ran reconciling report and filed statements in case bank folders. | 0.20 | 20.00 |
| KW | Claims, Creditors & Lift of Stay: Phone call with M. Lounsbury regarding address change.  Resend check. | 0.20 | 39.00 |
| 08/24/18 KW | Claims, Creditors & Lift of Stay: Phone conversation with B. McGee | 0.70 | 136.50 |
| 08/31/18 RN | Document & Computer Data Review: assist in packing boxes for move; remove hard drives from computers; re-initialize copier hard drive; purchase pallets | 2.60 | 377.00 |
| | For Current Services Rendered | 6.10 | 889.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Reed Nordyke | 4.30 | $145.00 | $623.50 |
| Lizz Quinones | 0.90 | 100.00 | 90.00 |
| Karla Wortham | 0.90 | 195.00 | 175.50 |

Sedona Oil & Gas

Page: 2
09/14/18
Account No:   26-00001M
Invoice No:        2752

### Expenses

| | | |
|---|---|---|
| 08/01/18 | Postage (1) for mailing disbursement. | 0.47 |
| 08/31/18 | Miscellaneous Expense - DFW A-1 Pallet per | |
| | Expense Check Reimbursement 20180901. | 25.71 |
| | Total Expenses | 26.18 |
| | Total Current Work | 915.18 |
| | Balance Due | $915.18 |

Due and payable upon receipt