STANDARDIZED FUND ACCOUNTING REPORT for Sedona Oil Gas Corporation Receivership - Cash Basis
Receivership; 16-CV-0172L; Reporting Period 1/21/2016 to 8/31/2018

| FUND ACCOUNTING (See Instructions): | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/21/2016): | $ - | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ 622,947.88 | $ - | $ 622,947.88 |
| Line 3 | Cash and Securities | $ 857,642.38 | $ - | $ 857,642.38 |
| Line 4 | Interest/Dividend Income | $ 2,748.62 | $ - | $ 2,748.62 |
| Line 5 | Business Asset Liquidation | $ 498,828.05 | $ - | $ 498,828.05 |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ 275,000.00 | $ - | $ 275,000.00 |
| Line 8 | Miscellaneous - Other | $ 38,643.65 | $ - | $ 38,643.65 |
| | Total Funds Available (Lines 1 – 8): | $ 2,295,810.58 | $ - | $ 2,295,810.58 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $ 534,705.04 | $ - | $ 534,705.04 |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $ 878,633.72 | $ - | $ 878,633.72 |
| Line 10b | Business Asset Expenses | $ 770,697.81 | . | $ 770,697.81 |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | $ 142.13 | $ - | $ 142.13 |
| | Total Disbursements for Receivership Operations | $ 1,649,473.66 | $ - | $ 1,649,473.66 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............... | | | $ - |
| | Independent Distribution Consultant (IDC)....... | | | $ - |
| | Distribution Agent............... | | | $ - |
| | Consultants............... | | | $ - |
| | Legal Advisers............... | | | $ - |
| | Tax Advisers............... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | Total Plan Development Expenses | | | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............... | | | $ - |
| | IDC............... | | | $ - |
| | Distribution Agent............... | | | $ - |
| | Consultants............... | | | $ - |
| | Legal Advisers............... | | | $ - |
| | Tax Advisers............... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan............... | | | $ - |
| | Claimant Identification............... | | | $ - |
| | Claims Processing............... | | | $ - |
| | Web Site Maintenance/Call Center............... | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |
| | Total Plan Implementation Expenses | | | $ - |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | $ - |
| Line 12b | Federal Tax Payments | | | $ - |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | $ 2,184,178.70 | $ - | $ 2,184,178.70 |
| Line 13 | Ending Balance (As of 8/31/2018): | $ 111,631.88 | $ - | $ 111,631.88 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | $ 111,631.88 | $ - | $ 111,631.88 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | $ 111,631.88 | $ - | $ 111,631.88 |



EXHIBIT B

1

STANDARDIZED FUND ACCOUNTING REPORT for Sedona Oil Gas Corporation Receivership - Cash Basis
Receivership; 16-CV-0172L; Reporting Period 1/21/2016 to 8/31/2018

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Report of Items NOT To Be Paid by the Fund: | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................ | | | $ - |
| | IDC................................................................ | | | $ - |
| | Distribution Agent............................................. | | | $ - |
| | Consultants...................................................... | | | $ - |
| | Legal Advisers................................................. | | | $ - |
| | Tax Advisers.................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................ | | | $ - |
| | IDC................................................................ | | | $ - |
| | Distribution Agent............................................. | | | $ - |
| | Consultants...................................................... | | | $ - |
| | Legal Advisers................................................. | | | $ - |
| | Tax Advisers.................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan....................... | | | $ - |
| | Claimant Identification..................................... | | | $ - |
| | Claims Processing........................................... | | | $ - |
| | Web Site Maintenance/Call Center..................... | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. FAIR Reporting Expenses | | | $ - |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | $ - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | $ - |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | $ - |
| Line 16b | Federal Tax Payments | | | $ - |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | $ - |
| Line 17 | DC & State Tax Payments | | | $ - |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period.......................... | | | 182 |
| Line 18b | # of Claims Received Since Inception of Fund........................ | | | 182 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period................ | | | 72 |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund............. | | | 72 |

Receiver:
By: _Becky McGee, Receiver_
(signature)
_Becky McGee_
(printed name)
_Receiver_
(title)
Date: _9/20/2018_

2